3

B-00-125

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: *August – 14th – 2000* | |
| NAME OF SERVER (PRINT) *Jim Parker* | TITLE *Investigator (Process Server)* | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served : *1409 East Harrison Harlingen, TX*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left : _____

☐ Returned unexecuted : _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

SEP 08 2000

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Aug 14th 2000*
    Date

*Jim Parker*
Signature of Server

*Harlingen, Texas*
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1 00-cv-00125   Document 3   Filed in TXSD on 09/08/2000   Page 2 of 48

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN _____ **DISTRICT OF** ___ TEXAS _____

WILLIAM K., INDIVIDUALLY AND AS NEXT FRIEND
OF C.K., A MINOR CHILD

**V.**

HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL
DISTRICT AND LUCIUS D. BUNTON, AS HEARING
OFFICER FOR THE TEXAS EDUCATION AGENCY

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  **B - 00 - 125**

TO: (Name and Address of Defendant)       Harlingen Consolidated Independent School District,
c/o Dr. Jesus Chavez, 1409 E. Harrison, Harlingen, Texas   78550.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)   William Kimball, KOPPEL, EZELL, JACKSON & KIMBALL, L.L.P.,
312 E. Van Buren, Harlingen, Texas   78550.

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

Michael N Milby, Clerk                                    8-14-00

CLERK                                                            DATE

_Maurine Garza_

BY DEPUTY CLERK

CMsPDF - www.fastio.com

Five Thousand Dollars ($75,000.00), or any written document seeking damages in excess of Seventy Five Thousand Dollars ($75,000.00). In fact, Plaintiff's responses to request for disclosure affirm Plaintiff's posture that she has never requested the jurisdictional sum. Copies of the medical specials are attached (*See* Exhibit A), along with the appropriate sections of the disclosure (*See* Exhibit B).

5.    Plaintiff moves this Court for an order remanding the above-entitled action to the 103rd Judicial District Court of Cameron County, Texas, on the ground the above-entitled action has not at any time nor does it now involve a claim or right arising out of the Constitution, treaties, or laws of the United States. Additionally, there is no basis for this Court's jurisdiction of the above-entitled action, since Plaintiff's cause of action against Defendant arises under state law and Plaintiff has not pled or asserted a demand reaching the federal jurisdictional limits. This Court is, therefore, without original or removal jurisdiction of the above-entitled action.

6.    Plaintiff further moves this Court for an order directing Defendant to pay all Plaintiff's costs and disbursement incurred by reason of Defendant's wrongful removal of the above-entitled action to this Court.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**

BY: _____

**R. W. Armstrong**
Fed.Id.No. 2237
SBN 01323500
2600 Old Alice Road, Ste. A
Brownsville, Texas 78521
Telephone:    (956) 546-5556
Telecopier:    (956) 546-0470
**ATTORNEY FOR PLAINTIFF**
**NORMA HURON**

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the **Motion to Remand and Motion for Sanctions** was on this the 23rd day of August, 2000 mailed by Certified Mail, return receipt requested, to:

Mr. R.E. Lopez, Jr.
**LOPEZ, PETERSON & BENAVIDES, PLLC**
5810 San Bernardo, Suite 101
Laredo, Texas 78041

R. W. Armstrong

## CERTIFICATE OF CONFERENCE

I certify that I, R.W. Armstrong, conferred with opposing counsel on the 24th 23rd day of August , 2000, and he was unavailable.  However, I have previously advised that I would file a Motion to Remand.

R. W. Armstrong

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

STATE OF TEXAS §

§          **VERIFICATION**

COUNTY OF CAMERON §

I, R.W. Armstrong, being first duly sworn, depose and say:

1.  I am the attorney for Plaintiff, Norma Huron, in the above-entitled action.

2.  The above-entitled action was filed in the 103rd Judicial District Court of Cameron County, Texas on September 21, 1999, and was removed to this Court by Defendant Dayton Hudson Corporation d/b/a Target Stores, on August 10, 2000, with original and removal jurisdiction of this court over the above-entitled action being premised solely on the ground of with original and removal jurisdiction of this Court over the above-entitled action being premised on the grounds of alleged federal causes of action that the matter in controversy exceeding the sum of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

3.  The amount in controversy as evidenced by the pleadings does not meet the jurisdictional requirements. Further, the actual damages to this date are under Twenty One Thousand Dollars ($21,000.00); that is, the medical Plaintiff has incurred is Ten Thousand Four Hundred Eighty Two and 22/100 Dollars ($10,482.22).

4.  Jurisdiction is improper in United States District Court for the Southern District of Texas. Affiant further sayeth not:

_____
R.W. Armstrong

SUBSCRIBED AND SWORN TO BEFORE ME on this the 2$^{4th}$ day of August, 2000, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas
My Commission Expires: __6/5/01__

ROSA M. GARCIA
Notary Public, State of Texas
My Commission Expires 06-05-2001

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

5

# EXHIBIT A

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

```
REGARDING    : HURON - NORMA              FROM : RICARDO N. ADOBBATI, MD PA
BIRTH DATE   : MAY-18-1955
PHONE        : 956-233-9221               95 E. PRICE ROAD BLDG B
EMPLOYED BY  :                            BROWNSVILLE TX 78521
Emp. Phone   :   0-   -                   956 544-6727
Soc. Sec. #  : 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
PATIENT #    :   8951
                                   PHONE : 9565446724
                                   IRS # : 74-1943673
BILL TO      : NORMA HURON
               2001 N. MAIN
               ROSWELL NM 88201

REFERRING                                 RESPONSIBLE
SOURCE       : PELLY, LORENZO    M.D.     PROVIDER : ADOBBATI, RICARDO N
```

---

Date of Last Bill : -UNKNOWN-
Account Type: 22   Status: 0   Assignment: Y   Date of Accident: -UNKNOWN-

---

PATIENT DIAGNOSES
9915. SYNOVITIS KNEE
6176. KNEE, INT DERANG NEC

---

| DATE | CPT | DESCRIPTION | AMOUNT | DOC | LOC | FILED | ICD9 |
|------|-----|-------------|--------|-----|-----|-------|------|
| 11-MAR-98 | 99244 | OFFICE CONSULTATION/6 | 250.00 | 1 | 0 | TO FILE | 717.89 |
| 02-APR-98 | | NARRATIVE REPORTS | 125.00 | 1 | 0 | NOT FILED | 717.89 |
| 29-APR-98 | 99214 | OFFICE/OUTPT VISIT,ES | 75.00 | 1 | 0 | TO FILE | 717.89 |
| 04-MAY-98 | 29870 | KNEE ARTHROSCOPY | 885.00 | 1 | 2 | TO FILE | 719.26 |
| 04-MAY-98 | LT | MODIFIER/LEFT | .00 | 1 | 2 | | |
| 06-MAY-98 | 99024 | POST-OP FOLLOW-UP VIS | .00 | 1 | 0 | NOT FILED | 717.89 |
| 26-MAY-98 | 99024 | POST-OP FOLLOW-UP VIS | .00 | 1 | 0 | NOT FILED | 719.26 |

Statement of Charges from 02-JAN-70 thru 22-JUN-98

```
                              BALANCE FORWARD    :       .00
                              ITEMIZED CHARGES   :   1335.00
                              TOTAL BALANCE      :   1335.00
```

The Heart Institute of Brownsville
P.O. Box 3185
Brownsville, Texas 78523
Dr. _Robles_

Date: Aug. 17, 1998

Name: _Norma  Huron_
Address: _Rt 3  Box 3110K_
_Los Fresnos, Tx  78566_

| Date of Service | Description | Amount |
|---|---|---|
| 4-30-98 | Electrocardiogram Report (EKG) | $ 35.00 |

*******Please note, this invoice is for EKG Reports Only******

**Total Due  $ 35.00**

If you have **insurance** for this date of service, call **(956) 504-3888** for claims processing.

Pd. 9-26-98
35.00  ck. 3032

*************************************************************

Return this portion with check or money order payable to :

The Heart Institute of Brownsville
P.O. Box 3185
Brownsville, Texas 78523

Name: _Norma Huron_
Address: _RT 3 BOX 3110 K_
_LOS FRESNOS, TX 78566_

Amount Enclosed
$ _35.00_

new address:
2001 n. main
Roswell nm 88201

**BROWNSVILLE ANESTHESIA ASSOC**
**PO BOX 4589**
**BROWNSVILLE, TX  78523-4589**
**(956) 541-1278**                    05-18-98
**License #: J0099**
**PIN: 85502B   MDJ0099**
**Federal Tax ID#: 742804024**

Patient: HURNO000  (956) 233-9221            Diagnosis

   HURON, NORMA                    1.
   RT 3 BOX 3110K                  2.
   LOS FRESNOS, TX  78566          3.
                                   4.

---

| Date | Description | Procedure | Modify | DX | Units | Charge |
|------|-------------|-----------|--------|-----|-------|--------|
| 05-18-98 | CASH PAYMENT, THANK YOU! | CASH | | | 1 | -792.00 |
| 05-18-98 | EARLY PMT ADJUSTMENT | DIS | | | 1 | -198.00 |

|  |  |
|---|---|
| Total Charges: | 0.00 |
| Total Credits: | -990.00 |
| Tax: | 0.00 |
| Total Due This Visit: | -990.00 |
| Prior Family Balance: | 990.00 |
| Family Balance Due: | 0.00 |

=========================================================================

REGARDING:  
BIRTH DATE  
PHONE  
EMPLOYED BY  
Emp. Phone  
Soc. Sec.  
PATIENT

FROM : RICARDO N. ADOBBATI, MD PA

85 E. PRICE ROAD BLDG B  
BROWNSVILLE TX 78521  
956-944-6727

BILL TO:

PHONE : 9565446724  
[RS] : 74-1945673

8220

REFERRING  
SOURCE

TO          M.D.

RESPONSIBLE  
PROVIDER : ADOBBATI, RICARDO N

Date of  
Account

UNKNOWN  
tus: A   Assignment: Y  Date of Accident : UNKNOWN

PATIENT  
99__ SYNOVI  
6176 KNEE       NEC

| DATE | DESCRIPTION | AMOUNT | DOC | LOC | FILED | BAL |
|------|-------------|--------|-----|-----|-------|-----|
| 11-MAR-9 | E CONSULTATION/6 | 250.00 | | 0 | TO FILE | 717.89 |
| 11-MAR-9 | ONAL CHECK PYMT | -250.00 | | 0 | | |
| 02-APR-98 | ATIVE REPORTS | 125.00 | 1 | 0 | NOT FILED | 717.89 |
| 02-APR-9 | IT CARD PAYMENT | -125.00 | | 0 | | |
| 29-APR-9 | E/OUTPT VISIT.ES | 75.00 | | 0 | TO FILE | 717.89 |
| 29-APR-9 | IT CARD PAYMENT | -2856.00 | 1 | 0 | | |
| 04-MAY-9 | ARTHROSCOPY | 885.00 | | 2 | TO FILE | 719.26 |
| 04-MAY-9 | IER/LEFT | .00 | | 2 | | |
| 06-MAY-9 | OF FOLLOW-UP VIS | .00 | | 0 | NOT FILED | 717.89 |
| 26-MAY-9 | OP FOLLOW-UP VIS | .00 | | 0 | NOT FILED | 71 .26 |
| 24-JUN-9 | LUCTION OF MEDIC | 30.15 | | 0 | NOT FILED | 21 .26 |
| 24-JUN-9 | NEY PAYMENT | -30.15 | | 0 | | |
| 17- | OF MEDIC | .20 | | 0 | NOT FILED | 719 .26 |
| 17-SEP-9 | AL RECORD PAYME | -25.00 | 1 | 0 | NOT FILED | 719.26 |

Statement                  02-JAN-70 thru 20-OCT-98

PAT #39

| | |
|---|---:|
| BALANCE FORWARD | .00 |
| ITEMIZED CHARGES | 1365.15 |
| ITEMIZED PAYMENTS | -3261.15 |
| ITEMIZED ADJUSTMENTS | .00 |
| TOTAL BALANCE | -1896.00 |

**VALLEY DOCTORS CLINIC**
P.O. BOX 3190
585 W. JEFFERSON ST.
BROWNSVILLE     TX 78523 3190
(956) 544-0755   ID#: 74-2243831

NORMA HURON                                  ACCT #..: 015132-02
RT. 3 BOX 3110K                              F/C TYPE: 11
                                             PRINT DT: 11-05-98
LOS FRESNOS, TEXAS              78566        DOB.....: 05-18-1955
                                             SSN.....: 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
                                             PHONE. : (956) 233-922
                                                      (000) 000-0000

Patient ledger from...: 01-01-98 to 11-05-98

| Date | CPT | Description | Patient | Dr | Amount |
|------|-----|-------------|---------|----|----|
| 03-13-98 | 99213 | FOLLOW UP VISIT, LIMIT | NORMA HURON | LRP | 50.00 |
| | | 786.50-UNSPECIFIED CHEST PAIN | | | |
| 03-02-98 | 99202 | INITIAL OFFICE VISIT, L | NORMA HURON | LRP | 60.00 |
| | | 719.46-PAIN IN JOINT KNEE PAIN | | | |
| 03-05-98 | 99212 | FOLLOW UP VISIT, BRIEF | NORMA HURON | LRP | 40.00 |
| | | 727.51-SYNOVIAL CYST OF POPLITEAL SPACE | | | |

Total charges                    150.00
Total payments                      .00-
Total debit adjustments             .00
Total credit adjustments            .00-

Ending balance:         150.00

Authorization for the below named physician to
charge my credit card for services rendered.

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

BLISS W. CLARK, M.D., P.A.

ACCT#: ____

EXP. DATE: __ __ __

DATE: __ __ __   AMOUNT: $____

AUTHORIZED SIGNATURE

| ACCOUNT NUMBER | BILLING DATE |
| --- | --- |
| 11361 | 27-FEB-98 |

THIS AREA FOR OFFICE USE ONLY

Authorization#: ____

DATE: ____   CLERK: ____

AMOUNT PAID   PAY THIS AMOUNT

$____   $ 50.00

DETACH AT THIS PERFORATION
AND RETURN THIS PORTION
WITH YOUR PAYMENT

BILL TO:

NORMA L HURON
RT 3 BOX 311G K
LOS FRESNOS TX 78566

4674

---

| PATIENT'S NAME | | BILLING DATE |
| --- | --- | --- |
| Account #11361 NORMA L HURON | BLISS W. CLARK, M.D. | 27-FEB-98 |

| DESCRIPTION OF SERVICES & PAYMENTS | AMOUNT |
| --- | --- |
| BALANCE AS OF 28-JAN-98 | 50.00 |

IF YOUR ACCOUNT IS INCORRECT, WE
WILL BE HAPPY TO CHECK IT FOR
YOU. IF IT IS CORRECT, MAY WE
RECEIVED A PAYMENT SOON?

BLISS W. CLARK, M.D., P.A.
1601 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

NOTE: CHARGES AND PAYMENTS MADE AFTER 25-FEB-98
WILL BE SHOWN ON YOUR NEXT STATEMENT

PLEASE PAY THIS AMOUNT   $ 50.00

07-Sep-98                  BLISS  W.  CLARK,  M.D.,  P.A.

1601 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

Patient: HURON      NORMA L              Acct # 11361  Acct Type:  0
                                         Soc. Sec. # 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
Bill to: NORMA L HURON                   Employer :
         RT 3 BOX 3110 X                 Extra    :
         LOS FRESNOS TX 78566            Phone    : (956) 233-9221

------------------------- Provider Identification -----------------------
Prov :BLISS W. CLARK, M.D. P.A.   Medicare #          Tax ID:74-2560
UPI # M0H0605                     Medicaid #          B.C #  :
-------------------------------------------------------------------------
Diagnoses / Condition :                                   ICD-9 CODE:
          TENDINITIS, PATELLAR                            726.61

------------------------------------------------------------------------

From      To       Place  CPT Code  Description          I.C.D. 9   Amount Units  TOS  I.D. #
04-07-98  04-07-98   0              CHECK PAYMENT OFFICE             -50.00   1
                                                                    ------------
                                    Today's visit balance           -50.00
                                    Patient's Balance Forward         50.00
                                                                    ------------
                                    Balance Due from Patient           .00


I hereby certify that the described services have been performed.


_____            _____
Signature : BLISS W. CLARK, M.D., P.A.                   Date

Instructions / Comments :

ATTENDING PHYSICIAN'S STATEMENT

Patient _____  Date of Acct _____

| OFFICE VISITS | | CPT | FEE |
|---|---|---|---|
| **NEW PATIENT** | | | |
| ☐ Brief | 401 | 99201 | |
| ☐ Limited | 402 | 99202 | |
| ☐ Intermediate | 403 | 99203 | |
| ☐ Extended | 404 | 99204 | |
| ☐ Comprehensive | 405 | 99205 | |
| ☐ IME | 148 | 99199 | |
| **ESTABLISHED PATIENT** | | | |
| ☐ Brief | 406 | 99211 | |
| ☐ Limited | 407 | 99212 | |
| ☐ Intermediate | 408 | 99213 | |
| ☐ Extended | 409 | 99214 | |
| ☐ Comprehensive | 410 | 99215 | |
| ☐ Post Op Visit | 4151 | 99024 | n/c |
| **CONSULTATION-NEW** | | | |
| ☐ Brief | 501 | 99241 | |
| ☐ Limited | 502 | 99242 | |
| ☐ Intermediate | 503 | 99243 | |
| ☐ Extended | 504 | 99244 | |
| ☐ Comprehensive | 505 | 99245 | |
| **2ND OPINION** | | | |
| ☐ Med. Complexity | 517 | 99274 | |
| ☐ High Complexity | 518 | 99275 | |
| **SPECIAL SERVICES** | | | |
| ☐ Nurse Conf. | 519 | 99361 | |
| ☐ Nurse Conf. | 520 | 99362 | |
| ☐ RX Pharmacy-Call | 4195 | 99371 | |
| ☐ Lab Handling | 4146 | 99000 | |
| ☐ Venipuncture | 4145 | 36415 | |
| ☐ Reports | 4165 | 99080 | |
| **INJECTIONS** | | | |
| ☐ Sterile Tray | 4210 | 99070 | |
| ☐ Inj Tendon Sheath | 1416 | 20550 | |
| ☐ Small Joint | 1417 | 20600 | |
| ☐ Int Joint | 1418 | 20605 | |
| ☐ Major Joint | 1419 | 20610 | |
| ☐ Steroids | 4208 | 99070 | |
| ☐ Local Anesthesia | 4301 | 99135 | |
| Area Injected | | | |

| **FRACTURE TREATMENT** | CPT | FEE |
|---|---|---|
| ☐ With Manipulation | | |
| ☐ Without Manipulation | | |
| **CASTS** | | |
| ☐ Plaster | | |
| ☐ Fiberglass | | |

| **X-RAY W/UP – 76** | | |
|---|---|---|
| ☐ Left Side - LT | ☐ Right Side - RT | |
| ☐ Triport Procedure - 76 | | |

| **CAST REPLACEMENT/APPLICATION** | | |
|---|---|---|
| **SUPPLIES – if 99070** | | |
| ☐ Dressing, S M L | 4174 | |
| ☐ Cast Shoe | 4175 | |
| ☐ Clav Strap | 4176 | |
| ☐ Arm Sling | 4177 | |
| ☐ Ace Bandage | 4170 | |
| ☐ Wrist Brace | 4179 | |
| ☐ Elastic Knee Sup | 4180 | |
| ☐ Knee Immb | 4181 | |
| ☐ Knee Brace | 4102 | |
| ☐ Back Brace | 4222 | |
| ☐ Crutches | 4149 | |
| ☐ Alum Finger Splint | 4159 | |
| ☐ Ankle Brace | 4196 | |
| ☐ Ankle Support | 4197 | |

**CHARGES AND PAYMENTS**

| | |
|---|---|
| TODAYS TOTAL | |
| PREVIOUS BALANCE | |
| RECEIPT FOR THIS AMOUNT | |
| BALANCE DUE | |

**SURGERY OR NOTICE OF REFERRAL**

☐ WC   ☐ GRP   ☐ MC   ☐ MD   ☐ PVT   ☐ LAB   ☐ OTHER
Date: _____  Time: _____
☐ VRMC   ☐ BMC   ☐ Brownsville Surgicare
☐ Inpatient   ☐ Outpatient
☐ Dr _____
☐ Second Opinion
☐ Tests _____
SX: _____

**RETURN TO WORK/SCHOOL**

☐ Yes   Date: _____
☐ No
☐ Regular Duty   ☐ Light Duty
Restrictions: _____

Diagnosis: _____

Next Appointment _____

Return _____ Days _____ Weeks _____ Months

☐ Do Not File Claim

Signed: _____

Date: _____

RICARDO N. ADUBATI, M.D., P.A.
Orthopedic Surgery
LAKEVIEW MEDICAL PLAZA
95 E. PRICE RD., BLDG. B
BROWNSVILLE, TX 78521
956/544-6727

NHIC # P000AR933
SS # 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 ·    DC/DS # AR93
ID #74-194593

PLEASE RETAIN THIS SLIP FOR INCOME TAX & INSURANCE PURPOSE

# ATTENDING PHYSICIAN'S STATEMENT

Patient: _____  Acct. No.: _____  Date of Acct.: _____

Sx: _____  □ GRP.  □ MC  □ MD  □ PVT.  □ LIAB.  □ OTHER  □ WC

| NEW PATIENT | CPT | FEE | | | CPT | FEE |
|---|---|---|---|---|---|---|
| Brief | 401 | | | | 99201 | |
| Limited | 402 | | | | 99202 | |
| Intermediate | 403 | | | | 99203 | |
| Extended | 404 | | | | 99204 | |
| Comprehensive | 405 | | | | 99205 | |
| IME | 148 | | | | 99199 | |

## ESTABLISHED PATIENT
| | CPT | FEE | | | CPT | FEE |
|---|---|---|---|---|---|---|
| Brief | 406 | | | | 99211 | |
| Limited | 407 | | | | 99212 | |
| Intermediate | 408 | | | | 99213 | |
| Extended | 409 | | | | 99214 | |
| Comprehensive | 410 | | | | 99215 | |
| Post-OP Visit | 4151 | | 99024 | N/C | | |

## CONSULTATION-NEW
| Brief | 501 | | | | 99241 | |
| Limited | 502 | | | | 99242 | |
| Intermediate | 503 | | | | 99243 | |
| Extended | 504 | | | | 99244 | |
| Comprehensive | 505 | | | | 99245 | |

## 2ND OPINION
| Mod. Complexity | 517 | | | | 99274 | |
| High Complexity | 518 | | | | 99275 | |

## SPECIAL SERVICES
| Nurse Cont. | 519 | | | | 99381 | |
| Nurse Cont. | 520 | | | | 99362 | |
| RX Pharmacy-Call | 4195 | | | | 99371 | |
| Lab Handling | 4146 | | | | 99000 | |
| Venipuncture | 4145 | | | | 36415 | |
| Reports | 4185 | | | | 99080 | |

## INJECTIONS
| Sterile Tray | 4210 | | | | 99070 | |
| Inj. Tendon Sheath | 1416 | | 20550 | | | |
| Small Joint | 1417 | | 20600 | | | |
| Int. Joint | 1418 | | 20605 | | | |
| Major Joint | 1419 | | 20610 | | | |
| Steriods | 4208 | | 99070 | | | |
| Local Anesthesia | 4301 | | 99135 | | | |
| Area Injected | | | | | | |

| X-RAY WP | CPT | FEE | | | CPT | FEE |
|---|---|---|---|---|---|---|
| □ Right Side - RT | | | | | | |
| □ Left Side - LT | | | | | | |

□ Repeat Procedure - 76

## FRACTURE TREATMENT
| □ With Manipulation | | |
| □ Without Manipulation | | |

## CASTS
| □ Plaster | | |
| □ Fiberglass | | |

## CAST REPLACEMENT APPLICATION
99070

## SUPPLIES
| □ Dressing S M L | 4174 | |
| □ Cast Shoe | 4175 | |
| □ Clav. Strap | 4176 | |
| □ Arm Sling | 4177 | |
| □ Ace Bandage | 4178 | |
| □ Wrist Brace | 4179 | |
| □ Elastic Knee Sup. | 4180 | |
| □ Knee Immb. | 4181 | |
| □ Knee Brace | 4182 | |
| □ Back Brace | 4222 | |
| □ Crutches | 4149 | |
| □ Alum. Finger Splint | 4159 | |
| □ Ankle Brace | 4196 | |
| □ Ankle Support | 4197 | |

## SURGERY OR NOTICE OF REFERRAL
Date: _____  Time: _____
□ VRMC  □ BMC  □ Brownsville Surgicare
□ Inpatient  □ Outpatient
□ Dr. _____
□ Second Opinion
□ Tests: _____
SX: _____

## RETURN TO WORK/SCHOOL
□ Yes    Date: _____
□ No
□ Regular Duty    □ Light Duty
Restrictions: _____

□ Do Not File Claim

Return _____ Days _____ Weeks _____ Months
Next Appointment: _____

Diagnosis: _____

Signed: _____
Date: 3/11/98

## CHARGES AND PAYMENTS
| TODAYS TOTAL | 550.00 |
| PREVIOUS BALANCE | |
| RECEIPT FOR THIS AMOUNT | 250.00 |
| BALANCE DUE | |

RICARDO N. ADOBBATI, M.D., P.A.
*Orthopedic Surgery*
LAKEVIEW MEDICAL PLAZA
95 E. PRICE RD., BLDG. B
BROWNSVILLE, TX 78521
956/544-6727

NPIC # P000A9953    BC/BS # AR95
SS #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    ID #74-1945673

PLEASE RETAIN THIS SLIP FOR INCOME TAX & INSURANCE PURPOSE

There will be a $25.00 service charge on all returned checks

# STATEMENT

STAT PHYSICIANS, PA
PO BOX 4346 DEPT 276
HOUSTON, TX 77210-4346

| PATIENT |
|---|
| NORMA HURON |

| TELEPHONE NO. | ACCOUNT NO. | BILL DATE |
|---|---|---|
| 800-968-6866 | 65029565HUR7 | 01-07-98 |

037006502956SHUR00014800027b

SERVICES RENDERED
BY: NICHOLAS METCALF MD
AT: BROWNSVILLE MEDICAL CENTER

NORMA HURON
RT 3 BOX 3110K
LOS FRESNOS, TX 78566

STAT PHYSICIANS, PA
PO BOX 4346 DEPT 276
HOUSTON, TX 77210-4346

Illillillilillillilliilillilillilillillilillilillil

AMOUNT PAID _____

DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE OF SERVICE | DIAGNOSIS CODE PROCEDURE CODE AND DESCRIPTION | PHYSICIAN | AMOUNT |
|---|---|---|---|
| 11-25-97 | 9248 9598 | 7295 NICHOLAS METCALF MD | |
| 11-25-97 | 99283 EVAL&MANAG LEV 3 | | 148.00 |

CALL TO ARRANGE PAYMENT- WE ACCEPT VISA AND MASTERCARD

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
| | 148.00 | | | 148.00 |

If payment was made 14 days BEFORE the statement date, please disregard this bill. Please retain this portion for your records.
NORMA HURON                    65 029565 HUR 7 B 028

This statement is for EMERGENCY PHYSICIAN SERVICES and does not include any hospital charges for services,
supplies or equipment. You may receive a separate hospital statement and / or separate statements for Lab,
Xray or other services provided by a clinic, independent physicians or radioligist.

TAX ID NO. 760490080    MAKE CHECK PAYABLE TO: STAT PHYSICIANS, PA

IMPORTANT MESSAGE REGARDING YOUR ACCOUNT

PLEASE CONTACT OUR OFFICE BETWEEN 7AM AND 7PM MON-FRI

PERHAPS YOU DID NOT REALIZE HOW LONG YOUR ACCOUNT HAS
BEEN OVER DUE. WE ARE SURE THAT YOU WILL AGREE YOUR
ACCOUNT NEEDS PROMPT ATTENTION. YOUR CHECK FOR THE
BALANCE MAILED TODAY WILL BE APPRECIATED. THANK YOU.

IF PAYMENT WAS MADE 14 DAYS BEFORE THE BILL DATE PLEASE DISREGARD THIS BILL

| PATIENT'S NAME | | BILLING DATE |
| --- | --- | --- |
| | BLISS W. CLARK, M.D. | 27-MAR-98 |

Account #11361
NORMA L HURON

| DESCRIPTION OF SERVICES & PAYMENTS | AMOUNT |
| --- | --- |
| | 50.00 |

BALANCE AS OF 25-FEB-98

WE ARE DISAPPOINTED NOT TO HAVE
HEARD FROM YOU. PLEASE LET US
KNOW IN THE NEXT FEW DAYS WHEN
YOU CAN MAKE A PAYMENT.

NOTE: CHARGES AND PAYMENTS MADE AFTER 25-MAR-98 WILL BE SHOWN ON YOUR NEXT STATEMENT

**PLEASE PAY THIS AMOUNT**

$     50.00

BLISS W. CLARK, M.D., P.A.
1601 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

---

Authorization for the below named physician to
charge my credit card for services rendered.
☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

BLISS W. CLARK, M.D., P.A.

ACCT# _____

EXP. DATE: ___ - ___ - ___   AMOUNT: $ _____

DATE: ___ - ___ - ___

AUTHORIZED SIGNATURE

| ACCOUNT NUMBER | BILLING DATE |
| --- | --- |
| 11361 | 27-MAR-98 |

THIS AREA FOR OFFICE USE ONLY

DATE: _____   CLERK: _____

Authorization#: _____

**DETACH AT THIS PERFORATION
AND RETURN THIS PORTION
WITH YOUR PAYMENT**

| AMOUNT PAID | PAY THIS AMOUNT |
| --- | --- |
| $ | $   50.00 |

BILL
TO:

NORMA L HURON
RT 3 BOX 3110 K
LOS FRESNOS TX 78566

4730

| | | BILLING DATE |
|---|---|---|
| PATIENT'S NAME | BLISS W. CLARK, M.D. | 09-JAN-98 |

Account #11361
NORMA L HURON

| DESCRIPTION OF SERVICES & PAYMENTS | AMOUNT |
|---|---|
| 31-DEC-97 OFFICE/OUTPATIENT VISIT.NEW | 88.50 |
| 31-DEC-97 X-RAY KNEE/COMPLETE | 55.00 |
| 05-JAN-98 - INSURANCE FILED ON ABOVE ITEMS - | |
| - THANK YOU FOR YOUR MOST RECENT | |
| PAYMENT. | |

NOTE: CHARGES AND PAYMENTS MADE AFTER   07-JAN-98   WILL BE SHOWN ON YOUR NEXT STATEMENT

BLISS W. CLARK, M.D., P.A.
1801 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

**PLEASE PAY THIS AMOUNT** $   143.50

---

Authorization for the below named physician to
charge my credit card for services rendered.
☐ VISA  ☐ MASTERCARD  ☐ DISCOVER

BLISS W. CLARK, M.D., P.A.

ACCT.# _____

EXP. DATE: _____

DATE: _____   AMOUNT: $ _____

AUTHORIZED SIGNATURE

| ACCOUNT NUMBER | BILLING DATE |
|---|---|
| 11361 | 09-JAN-98 |

USE THIS AREA FOR OFFICE USE ONLY

DATE: _____   CLERK: _____

Authorization#: _____

**DETACH AT THIS PERFORATION
AND RETURN THIS PORTION
WITH YOUR PAYMENT**

AMOUNT PAID $ _____ PAY THIS AMOUNT $ 143.50

BILL TO:
NORMA L HURON
RT 3 BOX 3110 K
LOS FRESNOS TX 78566

4561

Case 1:00-cv-00125   Document 3   Filed in TXSD on 09/08/2000   Page 20 of 48

BLISS W. CLARK, M.D., P.A.

ACCT#: _____
EXP. DATE: _____
DATE: _____  AMOUNT:$ _____

_____
AUTHORIZED SIGNATURE

| ACCOUNT NUMBER | BILLING DATE |
|---|---|
| 11361 | 30-JAN-98 |

THIS AREA FOR OFFICE USE ONLY

DATE: _____  CLERK: _____
Authorization: _____

**DETACH AT THIS PERFORATION AND RETURN THIS PORTION WITH YOUR PAYMENT ➤➤**

| AMOUNT PAID | PAY THIS AMOUNT |
|---|---|
| $ | $          50.00 |

BILL TO:
NORMA L HURON
RT 3 BOX 3110 K
LOS FRESNOS TX 78566

4615

Authorization for the below named physician to charge my credit card for services rendered.
☐ VISA  ☐ MASTERCARD  ☐ DISCOVER

---

| BILLING DATE |
|---|
| 30-JAN-98 |

PATIENTS NAME

BLISS W. CLARK, M.D.

Account #11361
NORMA L HURON

| DESCRIPTION OF SERVICES & PAYMENTS | AMOUNT |
|---|---|
| BALANCE AS OF 31-DEC-97 | 143.50 |
| 20-JAN-98 Payment-SEDGWICK      REF:     .0 | -143.50 |
| 21-JAN-98 OFFICE/OUTPATIENT VISIT,EST | 50.00 |
| 26-JAN-98  - INSURANCE FILED ON ABOVE ITEMS - THANK YOU FOR YOUR MOST RECENT PAYMENT. | |

NOTE:CHARGES AND PAYMENTS MADE AFTER 29-JAN-98 WILL BE SHOWN ON YOUR NEXT STATEMENT

BLISS W. CLARK, M.D., P.A.
1601 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

**PLEASE PAY THIS AMOUNT**  $          50.00

# VALLEY DOCTORS CLINIC
## 394 MILITARY HWY
### 956/544-3226

| DATE | DESCRIPTION | TOTAL FEE | PAYMENTS | ADJ. | BALANCE | | PREVIOUS | Norma Huron |
|------|-------------|-----------|----------|------|---------|--|----------|------|
| 8/13/9 | Estb. limited | 50 00 | 50 00 | | | CREDITS | BALANCE | NAME |

**NOTE: ALL CHARGES TO BE PAID AT TIME OF SERVICE ULESS PRIOR ARRANGMENTS HAVE BEEN MADE W/CREDIT DEPT.**

| OFFICE VISITS | | CODE | | INJECTIONS | CODE | |
|---------------|--|------|--|------------|------|--|
| NEW PATIENT, LIMITED | | 99202 | | EPOGEN | Q9934 | |
| NEW PATIENT, INTERMED. | | 99203 | | FLU VACCINE | 90724 | |
| NEW PATIENT ,EXTENDED | | 99204 | | NUBAIN 10mg. 1cc | J3490.27 | |
| NEW PATIENT, COMPREH/ | | 99205 | | PENICILLIN | Z1606 | |
| ESTAB. PATIENT, BRIEF | | 99212 | | PHENERGAN 1cc | J2550.1 | |
| ESTAB. PATIENT, LIMITED | | 99213 | 50 00 | PNEUMOVAX | 90732 | |
| ESTAB. PATIENT, INTERMED. | | 99214 | | ROCEPHIN 1mg. | J9381 | |
| ESTAB. PATIENT, EXTENDED | | 99215 | | ROCEPHIN 250 mg. | Z6090 | |
| BLOOD PRESSURE CHECK | | 99499 | | ROCEPHIN 500mg. | Z6092 | |
| | | | | TETANUS TOXID | 90703 | |
| CONSULTATION | | | | TINE TEST | 86585 | |
| SURGICAL TRAY | | 99070 | | VISTARIL 25mg. | Z6070 | |
| CONSULATION, INTERMED. | | 99242 | | VITAMIN B12 1cc | J3420 | |
| CONSULTATION, EXTENDED | | 99243 | | OTHER | | |
| CONSULTATION, COMPREH. | | 99244 | | | | |
| CONSULTATION, COMPLEX | | 99245 | | LABORTORY | | |
| OTHER | | | | SMAC 24 | 99211 | |
| | | | | CBC | 85022 | |
| GASTRO PROCEDURES | | | | ROUTINE UA | 81000 | |
| FLEXIBLE SIGMOIDESCOPY | | WP45300 | | ANA TITER | 86038 | |
| FLEXIBLE SIGMOID W/BIOPSY | | WP45331 | | ESR SED RATE | | |
| OTHER | | | | FINGER STICK | 82948 | |
| | | | | GLUCOSE (FBS) | 82947 | |
| CARDIAC PROCEDURES | | | | HTLV III | 86312 | |
| ELECTROCARDIOGRAM | | WP93000 | | LANOXIN LEVEL | 08613 | |
| 24 HR. HOLTER, ECG | | 93235 | | LIPID SCREENS (CHOL/TRIGL) | 80061 | |
| EKG THYTHM STRIP | | 93040 | | PAP SMEAR | 88150 | |
| OTHER | | | | PROTEIN URINE, QUAN, 24HRS. | 88180 | |
| | | | | RA | 86430 | |
| DIAGNOSTIC | | | | RPR | 86592 | |
| PULMONARY FUNCTION | | 94010 | | THYROID PROFILE | 02178 | |
| PFT W/DILATORS | | 94060 | | TSH | 02354 | |
| RHINOLARYNGOSCOPY | | 31575 | | LAB HANDELING | 99000 | |
| LOWER EXT. ARTRITIES | | 93920 | | | | |
| LOWER EXT. VENOUS | | 93965 | | MISCELLANEOUS | | |
| QUANTITATIVE VENOUS | | 93971 | | LOCAL ANESTHESIA | 01995 | |

OTHER

CE-9 CODE _____  DIAGNOSIS _____

1.-PRIMARY _____
2.-SECONDARY _____
3.- _____

# VALL_Y DOCTORS CLINIC
## 394 MILITARY HWY
### 956/54-226

| DESCRIPTION | TOTAL FEE | PAYMENTS | ADJ. | BALANCE | | PREVIOUS | Huron Norma |
|---|---|---|---|---|---|---|---|
| 99212 | 40.00 | 40 00 | | 0 | | BALANCE | NAME |

CREDITS

**ALL CHARGES TO BE PAID AT TIME OF SERVICE ULESS PRIOR ARRANGMENTS HAVE BEEN MADE W/CREDIT DEPT.**

| CE VISIT | | CPT | FL INJECTIONS | CPT FEE |
|---|---|---|---|---|
| PATIENT, LIMITED | | 99202 | EPOGEN | Q9934 |
| PATIENT, INTERMED. | | 99203 | FLU VACCINE | 90724 |
| PATIENT ,EXTENDED | | 99204 | NUBAIN 10mg. 1cc | J3490.27 |
| PATIENT, COMPREH/ | ✓ | 99205 | PENICILLIN | Z1606 |
| AB. PATIENT.BRIEF | | 99212 40 | PHENERGAN 1cc | J2550.1 |
| AB. PATIENT, LIMITED | ✓ | 99213 | PNEUMOVAX | 90732 |
| AB. PATIENT, INTERMED. | | 99214 | ROCEPHIN 1mg. | J9381 |
| AB. PATIENT, EXTENDED | | 99215 | ROCEPHIN 250 mg. | Z5090 |
| OD PRESSURE CHECK | | 99499 | ROCEPHIN 500mg. | Z6092 |
| | | | TETANUS TOXID | 90703 |
| NSULTATION | | | TINE TEST | 86585 |
| GICAL TRAY | | 99070 | VISTARIL 25mg. | Z6070 |
| NSULATION, INTERMED. | | 99242 | VITAMIN B12 1cc | J3420 |
| NSULTATION, EXTENDED | | 99243 | OTHER | |
| NSULTATION, COMPREH. | | 99244 | | |
| NSULTATION, COMPLEX | | 99245 | LABORATORY | |
| HER | | | SMAC 24 | 99211 |
| | | | CBC | 85022 |
| STRO PROCEDURES | | | ROUTINE UA | 81000 |
| XIBLE SIGMOIDESCOPY | | WP45300 | ANA TITER | 86038 |
| XIBLE SIGMOID W/BIOPSY | | WP45531 | ESR SED RATE | |
| HER | | | FINGER STICK | 82948 |
| | | | GLUCOSE (FBS) | 82947 |
| RDIAC PROCEDURES | | | HTLV III | 86312 |
| ECTROCARDIOGRAM | | WP93000 | LANOXIN LEVEL | 08613 |
| HR. HOLTER, ECG | | 93235 | LIPID SCREENS (CHOL/TRIGL) | 80061 |
| G THYTHM STRIP | | 93040 | PAP SMEAR | 88150 |
| HER | | | PROTEIN URINE, QUAN. 24HRS. | 88180 |
| | | | RA | 86430 |
| RGNOSTIC | | | RPR | 86592 |
| LMONARY FUNCTION | | 94010 | THYROID PROFILE | 02173 |
| T WIDILATORS | | 94060 | TSH | 02354 |
| ENCLARYNGOSCOPY | | 31575 | LAB HANDELING | 99000 |
| WER EXT. ARTRITIES | | 93970 | | |
| WER EXT. VENOUS | | 93965 | | |
| ANTITATIVE VENOUS | | 93971 | LOCAL ANESTHESIA | 01995 |

THER _____

E-P CODE _____          DIAGNOSIS _____

1. PRIMARY
2. SECONDARY
3.

# VALLEY DOCTORS CLINIC
## 394 MILITARY HWY
### 956/544-3226

| DATE | DESCRIPTION | TOTAL FEE | PAYMENTS | ADJ. | BALANCE | | PREVIOUS | Norma Huron |
|------|-------------|-----------|----------|------|---------|---|----------|-------------|
| 8/13/9 | Estb. limited | 50 00 | 50 00 | | | CREDITS | BALANCE | NAME |

NOTE: ALL CHARGES TO BE PAID AT TIME OF SERVICE ULESS PRIOR ARRANGAMENTS HAVE BEEN MADE W/CREDIT DEPT.

| OFFICE VISIT | | CPT | FEE | INJECTIONS | | CPT | FEE |
|--------------|---|-----|-----|------------|---|-----|-----|
| NEW PATIENT, LIMITED | | 99202 | | EPOGEN | | Q9934 | |
| NEW PATIENT, INTERMED. | | 99203 | | FLU VACCINE | | 90724 | |
| NEW PATIENT ,EXTENDED | | 99204 | | NUBAIN 10mg. 1cc | | J3490.27 | |
| NEW PATIENT, COMPREH/ | | 99205 | | PENICILLIN | | Z1606 | |
| ESTAB. PATIENT.BRIEF | | 99212 | | PHENERGAN 1cc | | J2550.1 | |
| ESTAB. PATIENT, LIMITED | | 99213 | 50 | PNEUMOVAX | | 90732 | |
| ESTAB. PATIENT, INTERMED. | | 99214 | | ROCEPHIN 1mg. | | J9381 | |
| ESTAB. PATIENT, EXTENDED | | 99215 | | ROCEPHIN 250 mg. | | Z6090 | |
| BLOOD PRESSURE CHECK | | 99499 | | ROCEPHIN 500mg. | | Z6092 | |
| | | | | TETANUS TOXID | | 90703 | |
| CONSULTATION | | | | TINE TEST | | 86585 | |
| SURGICAL TRAY | | 99070 | | VISTARIL 25mg. | | Z6070 | |
| CONSULATION, INTERMED. | | 99242 | | VITAMIN B12 1cc | | J3420 | |
| CONSULTATION, EXTENDED | | 99243 | | OTHER | | | |
| CONSULTATION, COMPREH. | | 99244 | | | | | |
| CONSULTATION, COMPLEX | | 99245 | | LABORATORY | | | |
| OTHER | | | | SMAC 24 | | 99211 | |
| | | | | CBC | | 85022 | |
| GASTRO PROCEDURES | | | | ROUTINE UA | | 81000 | |
| FLEXIBLE SIGMOIDESCOPY | | WP45300 | | ANA TITER | | 86038 | |
| FLEXIBLE SIGMOID W/BIOPSY | | WP45331 | | ESR SED RATE | | | |
| OTHER | | | | FINGER STICK | | 82948 | |
| | | | | GLUCOSE (FBS) | | 82947 | |
| CARDIAC PROCEDURES | | | | HTLV III | | 86312 | |
| ELECTROCARDIOGRAM | | WP93000 | | LANOXIN LEVEL | | 08613 | |
| 24 HR. HOLTER, ECG | | 93235 | | LIPID SCREENS (CHOL/TRIGL) | | 80061 | |
| EKG THYTHM STRIP | | 93040 | | PAP SMEAR | | 88150 | |
| OTHER | | | | PROTEIN URINE, QUAN, 24HRS. | | 88180 | |
| | | | | RA | | 86430 | |
| DIAGNOSTIC | | | | RPR | | 86592 | |
| PULMONARY FUNCTION | | 94010 | | THYROID PROFILE | | 02178 | |
| PFT W/DILATORS | | 94060 | | TSH | | 02354 | |
| RHINOLARYNGOSCOPY | | 31575 | | LAB HANDELING | | 99000 | |
| LOWER EXT. ARTRITIES | | 93920 | | | | | |
| LOWER EXT. VENOUS | | 93965 | | MISCELLANEOUS | | | |
| QUANTITATIVE VENOUS | | 93971 | | LOCAL ANESTHESIA | | 01995 | |

OTHER

CE-9 CODE                                      DIAGNOSIS

1.-PRIMARY
2.-SECONDARY
3.-

*RUFINA*

**BROWNSVILLE ANESTHESIA ASSOC**
**PO BOX 4589**
**BROWNSVILLE, TX  78523-4589**
**(956) 541-1278**
**License #: J0099**
**PIN: 85502B**
**Federal Tax ID#: 742804024**

05-05-98

Patient: HURNO000   (956) 233-9221

HURON, NORMA
RT 3 BOX 3110K
LOS FRESNOS, TX   78566

Diagnosis
1. 717.9 Derangement   internal   knee NO
2.
3.
4.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|------|-------------|-----------|--------|-----|-------|--------|
| 05-04-98 | ARTHROSCOPY, KNEE | 29881 | QY | 1 | 8 | 520.00 |
| 05-04-98 | Assay  blood gases  pH PO2 | 82803 | | 1 | 1 | 65.00 |
| 05-04-98 | Exhaled carbon dioxide tes | 94770 | | 1 | 1 | 75.00 |
| 05-04-98 | Insertion of emergency air | 31500 | | 1 | 1 | 330.00 |

Total Charges:   990.00
Total Credits:   0.00
Tax:   0.00
Total Due This Visit:   990.00

Prior Family Balance:   0.00
Family Balance Due:   990.00

COLUMBIA VALLEY REGIONAL MEDICAL CENTER                    STATEMENT
P. O. BOX 3710
1 TED HUNT BLVD.
BROWNSVILLE  TX  78521-3710


                        Account Number : 001870001,000007285251
                        Patient's Name : NORMA HURON
                                         001967824

    NORMA HURON
    RT 3 BOX 3110K
    LOS FRESNOS  TX  78566

                                        Statement Date :  5/11/98

| Service Date | Description of Service | Amount |
|---|---|---|
| 5/01/98 | EKG | 170.50 |
| 4/30/98 | CHEST PA & LAT | 175.25 |
| 4/30/98 | AUTO UA W-O MICROSCOPY | 48.00 |
| 4/30/98 | COMP METABOLIC PANEL | 230.50 |
| 4/30/98 | PROTHROMBIN TIME | 81.50 |
| 4/30/98 | PART THM TIME-PTT | 69.50 |
| 5/04/98 | PACK COLD INSTANT | 14.25 |
| 5/04/98 | SOLUTION BASIC INTERLINK | 15.00 |
| 5/04/98 | CATH IV 18 GA | 9.10 |
| 5/04/98 | SECONDARY SET INTERLINK | 7.00 |
| 5/04/98 | DEMEROL 50-SYR IVIM | 15.40 |
| 5/04/98 | DIPRIVAN 200MG IV | 56.55 |
| 5/04/98 | DOPRAM 20MG-CC 20ML | 14.00 |
| 5/04/98 | FORANE | 172.00 |
| 5/04/98 | FORANE | 172.00 |
| 5/04/98 | INAPSINE 2ML AMP | 26.55 |
| 5/04/98 | NEOSTIGMIN 1:1000 IV | 14.00 |
| 5/04/98 | NORCURON 10MG IV | 95.70 |
| 5/04/98 | GLYCOPYROLATE 0.2MGI | 42.00 |
| 5/04/98 | SUFENTA 1ML AMP | 62.00 |
| 5/04/98 | VERSED 2MG IV-IM | 22.80 |
| 5/04/98 | IV-D5W PF 50-100 | 54.00 |
| 5/04/98 | IV-LR 1000ML | 54.50 |
| 5/04/98 | IRR-WATER USP 1000ML | 37.75 |
| 5/04/98 | IRR-LR 5000ML | 119.50 |
| 5/04/98 | SENSORCAINE .25% MDV | 18.00 |
| 5/04/98 | SOD.CL INJ 10ML IVIM | 14.00 |
| 5/04/98 | CEFAZOLIN 1GM IV1M | 19.45 |
| 5/04/98 | DEPO-MEDROL 40MG 1ML | 24.65 |
| 5/04/98 | OR-30 MIN | 825.00 |

                                    Balance |  Continued

    Page  1 of  3

COLUMBIA VALLEY REGIONAL MEDICAL CENTER
P. O. BOX 3710
1 TED HUNT BLVD.
BROWNSVILLE TX 78521-3710

STATEMENT

Account Number : 001870001 00000TZ35251
Patient's Name : NORMA HURON
               001967824

NORMA HURON
RT 3 BOX 3110K
LOS FRESNOS TX 78566

Statement Date : 5/11/98

| Service Date | Description of Service | Amount |
|---|---|---|
| 5/04/98 | OR ADDL 30 MIN | |
| 5/04/98 | 1ST ASST-HR | 641.75 |
| 5/04/98 | ANESTH-30MIN | 138.75 |
| 5/04/98 | ANES ADDL 30 MIN | 453.50 |
| 5/04/98 | DR FOG-DE FOGGER | 270.00 |
| 5/04/98 | VIDEO SET UP | 14.50 |
| 5/04/98 | RT AIRWAY | 118.00 |
| 5/04/98 | ELECTRODE EKG ALL 3 | .6.60 |
| 5/04/98 | STEHOSCOPE ESOPHAGEA | 11.25 |
| 5/04/98 | MONITOR TEMP MONOTHR | 34.50 |
| 5/04/98 | SUCTION LINER | 61.50 |
| 5/04/98 | CATH SUCTION 18 FR | 36.00 |
| 5/04/98 | SUCTION YANKAUER | 6.25 |
| 5/04/98 | PACK ARTHROSCOPY | 17.60 |
| 5/04/98 | BASIN SET | 213.50 |
| 5/04/98 | SET INSTRUMENT | 50.50 |
| 5/04/98 | TRAY MAYO | 43.00 |
| 5/04/98 | PACK OR TOWELS | 16.00 |
| 5/04/98 | DRAPE UNIVERSAL | 43.00 |
| 5/04/98 | SUTURE O R GENERAL | 111.50 |
| 5/04/98 | SPONGE LAP PEDI 4X18 | 28.00 |
| 5/04/98 | TRAY SKIN SCRUB | 20.00 |
| 5/04/98 | TUBE SUCTION 12FT | 19.50 |
| 5/04/98 | OB ABD PADS | 21.00 |
| 5/04/98 | BNDG ACE 6 | 4.00 |
| 5/04/98 | TAPE MICROPORE 2IN | 12.50 |
| 5/04/98 | BNDG STERI .5 | 5.75 |
| 5/04/98 | DRSG XEROFORM 5x9 | 7.25 |
| 5/04/98 | ORTHO ARTHROLOK CR | 5.25 |
| 5/04/98 | ARTHROSCOPY | 26.50 |
| | | 264.00 |

Page 2 of 3

Balance   Continued

COLUMBIA VALLEY REGIONAL MEDICAL CENTER                    STATEMENT
P. O. BOX 3710
1 TED HUNT BLVD.
BROWNSVILLE   TX   78521-3710


                              Account Number : 001870001 000007285251
                              Patient's Name : NORMA HURON
                                               001967824

NORMA HURON
RT 3 BOX 3110K
LOS FRESNOS   TX   78566
                                              Statement Date :   5/11/78


| Service Date | Description of Service | Amount |
|---|---|---|
| 5/04/98 | TOURNIQUET AUTO ROTA | 9.00 |
| 5/04/98 | ESMARK DISP | 10.00 |
| 5/04/98 | WEBRIL ALL | 4.75 |
| 5/04/98 | IMMOBILIZER KNEE ALL | 105.00 |
| 5/04/98 | SET ARTHRO ZC4031 | 43.25 |
| 5/04/98 | ARTHROSCOPY FLUID MGMY | 155.00 |
| 5/04/98 | NDL SPINAL 22 3.5 | 16.00 |
| 5/04/98 | RECOVERY ROOM 30 MIN | 208.75 |
| 5/04/98 | REC RM ADDL 30MIN | 188.50 |
| 5/04/98 | O2 PER HOUR | 12.00 |
| 5/07/98 | UPFRONT PYMT.CHK 0    000000 | 4,000.00- |
| 5/07/98 | (Pst)Account Final Billed    05/ | 6,207.15 |
| 5-11-98 | Credit from Audit Results | 244.75- |
| 5-11-98 | Proposal Discount if Paid in full | 490.60- |

                                              Balance | $ 1,500.00 -

```
PATIENT NO:        7285251    VALLEY REGIONAL MED CTR    BILLING DATE    PAGE    1
MED REC NO:        7285251    P O BOX 3710               06/22/98
GUARANTOR NO:                 100A ALTON GLOOR BLVD
PATIENT:                      BROWNSVILLE, TX  78521     ADMITTED        DISCHARGED
HURON NORMA                                              05/04/98        05/04/98
```

BILL TO:

        HURON NORMA                     SAME-DAY SURGERY                FC=99
        RT 3 BOX 3110K                  INFORMATION BILL
        LOS FRESNOS      TX
        78566-0000

| DATE OF SERVICE | BATCH REF | DEPT | F S PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| **300-LABORATORY** | | | | | | | |
| 043098 | 01B131 | 0736 | 800540 | 80054 | 1 | COMP METABOLIC PANEL | 230.50 |
| 043098 | 01B131 | 0736 | 810000 | 81003 | 1 | AUTO UA W-O MICROSCOPY | 48.00 |
| 043098 | 01B131 | 0736 | 856106 | 85610 | 1 | PROTHROMBIN TIME | 81.50 |
| 043098 | 01B131 | 0736 | 857301 | 85730 | 1 | PART THM TIME-PTT | 69.50 |
| | | | | | | SUBTOTAL: | 429.50 |
| **320-DX X-RAY** | | | | | | | |
| 043098 | 01B131 | 0728 | 710203 | 71020 | 1 | CHEST PA & LAT | 175.25 |
| | | | | | | SUBTOTAL: | 175.25 |
| **730-EKG/ECG** | | | | | | | |
| 050198 | 01B131 | 0744 | 930005 | 93005 | 1 | EKG | 170.50 |
| | | | | | | SUBTOTAL: | 170.50 |
| **250-PHARMACY** | | | | | | | |
| 050498 | 05B568 | 0712 | 300031 | 52044117 | 1 | NORCURON 10MG IV | 95.70 |
| 050498 | 05B568 | 0712 | 300070 | 4199806 | 1 | VERSED 2MG IV-IM | 22.80 |
| 050498 | 05B568+ | 0712 | 300166 | 10019036040 | 2 | FORANE | 344.00 |
| 050498 | 05B568 | 0712 | 300203 | 469340000 | 3 | GLYCOPYROLATE 0.2MGI | 42.00 |
| 050498 | 05B568 | 0712 | 300205 | 50458005001 | 1 | SUFENTA 1ML AMP | 62.00 |
| 050498 | 05B568 | 0712 | 300543 | 310030020 | 1 | DIPRIVAN 200MG IV | 56.55 |
| 050498 | 05B568 | 0712 | 301163 | 9028023 | 1 | DEPO-MEDROL 40MG 1ML | 24.65 |
| 050498 | 05B568 | 0712 | 301700 | 50458001002 | 1 | INAPSINE 2ML AMP | 26.55 |
| 050498 | 05B568 | 0712 | 303934 | 31484983 | 1 | DOPRAM 20MG-CC 20ML | 14.00 |
| 050498 | 05B568 | 0712 | 303959 | 641254041 | 1 | NEOSTIGMIN 1:1000 IV | 14.00 |
| 050498 | 05B568 | 0712 | 307432 | 186103101 | 1 | SENSORCAINE .25% MDV | 16.00 |
| 050498 | 05B568 | 0712 | 308040 | 74488810 | 1 | SOD.CL INJ 10ML IVIM | 14.00 |
| 050498 | 05B568 | 0712 | 308206 | 15733912 | 1 | CEFAZOLIN 1GM IV1M | 19.45 |
| 050498 | 05B568 | 0712 | 308701 | 24032502 | 1 | DEMEROL 50-SYR IVIM | 15.40 |
| | | | | | | SUBTOTAL: | 767.10 |
| **258-IV SOLUTIONS** | | | | | | | |
| 050498 | 05B568 | 0712 | 300025 | 338011704 | 1 | IV-LR 1000ML | 54.50 |
| 050498 | 05B568 | 0712 | 300082 | 338001738 | 1 | IV-D5W PF 50-100 | 54.00 |

IF INSURANCE ON FILE CARRIER HAS BEEN BILLED
THANK YOU FOR CHOOSING VALLEY REGIONAL MEDICAL CENTER

```
PATIENT NO:          7285251   VALLEY REGIONAL MED CTR   BILLING DATE    PAGE    2
MED REC NO:          7285251   P O BOX 3710              06/22/98
GUARANTOR NO:                  100A ALTON GLOOR BLVD
PATIENT:                       BROWNSVILLE, TX  78521    ADMITTED       DISCHARGED
HURON NORMA                                              05/04/98       05/04/98
```

| DATE OF SERVICE | BATCH REF | F DEPT S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | | | | SUBTOTAL: | 108.50 |
| **270-MED SUR SUPPLIES** | | | | | | | |
| 050498 | 05B511 | 0718 | 000703 | | 1 | TRAY MAYO | 16.00 |
| 050498 | 05B511 | 0718 | 032684 | | 1 | SUTURE O R GENERAL | 28.00 |
| 050498 | 11WR39 | 0718 | 032684 | | 1 | OB GEN SUTURE | 28.00 |
| 050498 | 05B511 | 0718 | 060160 | | 1 | STEHOSCOPE ESOPHAGEA | 34.50 |
| 050498 | 05B511 | 0718 | 370006 | | 2 | OB ABD PADS | 4.00 |
| 050498 | 05B511 | 0718 | 370046 | | 1 | DR FOG-DE FOGGER | 14.50 |
| 050498 | 05B511 | 0718 | 370105 | | 1 | RT AIRWAY | 6.60 |
| 050498 | 05B511 | 0718 | 370207 | | 2 | TUBE SUCTION 12FT | 21.00 |
| 050498 | 05B511 | 0718 | 370215 | | 1 | PACK ARTHROSCOPY | 213.50 |
| 050498 | 05B511 | 0718 | 370298 | | 1 | CATH SUCTION 18 FR | 6.25 |
| 050498 | 05B511 | 0718 | 370857 | | 1 | ELECTRODE EKG ALL 3 | 11.25 |
| 050498 | 05B568 | 0718 | 371003 | | 1 | PACK COLD INSTANT | 14.25 |
| 050498 | 05B511 | 0718 | 371714 | | 1 | SET ARTHRO 2C4031 | 43.25 |
| 050498 | 05B511 | 0718 | 371906 | | 1 | TAPE MICROPORE 2IN | 5.75 |
| 050498 | 05B511 | 0718 | 373001 | | 1 | BNDG ACE 6 | 12.50 |
| 050498 | 05B511 | 0718 | 373332 | | 1 | SPONGE LAP PEDI 4X18 | 20.00 |
| 050498 | 05B511 | 0718 | 373361 | | 1 | BNDG STERI .5 | 7.25 |
| 050498 | 05B511 | 0718 | 375073 | | 2 | SUCTION YANKAUER | 17.60 |
| 050498 | 05B511 | 0718 | 375081 | | 2 | NDL SPINAL 22 3.5 | 16.00 |
| 050498 | 11WR39 | 0718 | 375081 | | 2 | NDL SPINAL 22 3.5 | 16.00 |
| 050498 | 05B511 | 0718 | 375289 | | 1 | TOURNIQUET AUTO ROTA | 9.00 |
| 050498 | 05B511 | 0718 | 375705 | | 1 | TRAY SKIN SCRUB | 19.50 |
| 050498 | 11WR39 | 0718 | 375705 | | 1 | TRAY SKIN SCRUB | 19.50 |
| 050498 | 05B511 | 0718 | 375941 | | 2 | SUCTION LINER | 36.00 |
| 050498 | 05B511 | 0718 | 377072 | | 1 | IMMOBILIZER KNEE ALL | 105.00 |
| 050498 | 05B511 | 0718 | 377160 | | 2 | PACK OR TOWELS | 43.00 |
| 050498 | 05B568 | 0718 | 378188 | | 1 | CATH IV 18 GA | 9.10 |
| 050498 | 05B511 | 0718 | 379910 | | 1 | ARTHROSCOPY FLUID MGMY | 155.00 |
| 050498 | 05B568 | 0718 | 380114 | | 1 | SECONDARY SET INTERLIN | 7.00 |
| 050498 | 05B568 | 0718 | 380120 | | 1 | SOLUTION BASIC INTERLI | 15.00 |
| 050498 | 05B511 | 0718 | 600180 | | 1 | ARTHROSCOPY | 264.00 |
| 050498 | 05B511 | 0718 | 600345 | | 1 | MONITOR TEMP MONOTHR | 61.50 |
| 050498 | 05B511 | 0718 | 600378 | | 1 | WEBRIL ALL | 4.75 |
| 050498 | 05B511 | 0718 | 600418 | | 2 | DRAPE UNIVERSAL | 111.50 |
| 050498 | 11WR39 | 0718 | 600418 | | 2 | DRAPE UNIVERSAL | 111.50- |
| 050498 | 05B511 | 0718 | 601679 | | 2 | ORTHO ARTHROLOK CR | 26.50 |
| 050498 | 05B511 | 0718 | 601846 | | 1 | ESMARK DISP | 10.00 |

IF INSURANCE ON FILE CARRIER HAS BEEN BILLED
THANK YOU FOR CHOOSING VALLEY REGIONAL MEDICAL CENTER

CtMPDF - www.fwiw.com

```
PATIENT NO:        7285251   VALLEY REGIONAL MED CTR    BILLING DATE    PAGE    3
MED REC NO:        7285251   P O BOX 3710               06/22/98
GUARANTOR NO:                100A ALTON GLOOR BLVD
PATIENT:                     BROWNSVILLE, TX  78521     ADMITTED       DISCHARGED
HURON NORMA                                             05/04/98       05/04/98
```

```
DATE OF   BATCH      F       NDC/CPT-4/
SERVICE   REF   DEPT S PROC   HCPCS        QTY SERVICE DESCRIPTION        CHARGES

050498 11WR39  0718  601846                1 ESMARK DISP                   10.00
050498 05B511  0718  609983                1 VIDEO SET UP                 118.00
050498 05B511  0754  950305                1 O2 PER HOUR                   12.00
050498 05B568  0718  300158   338013729    2 IRR-LR 5000ML                119.50
050498 11WR39  0718  300158   338013729    1 IRR-LR 5000ML                 59.75
050498 05B568  0718  300272   338000404    1 IRR-WATER USP 1000ML          37.75
                                                    SUBTOTAL:            1411.55
    272-STERILE SUPPLY
050498 05B511  0757  000701                1 BASIN SET                     50.50
050498 05B511  0757  000702                2 SET INSTRUMENT                43.00
                                                    SUBTOTAL:              93.50
    360-OR SERVICES
050498 05B511  0701  200269                1 1ST ASST-HR                  138.75
050498 05B511  0701  600005                1 OR-30 MIN                    895.00
050498 05B511  0701  600170                1 OR ADDL 30 MIN               641.75
                                                    SUBTOTAL:            1675.50
    370-ANESTHESIA
050498 05B511  0722  060010                1 ANESTH-30MIN                 458.50
050498 05B511  0722  060055                1 ANES ADDL 30 MIN             270.00
                                                    SUBTOTAL:             728.50
    623-MED-SUR SP/SURGICAL DRES
050498 05B511  0718  370033   K0223        1 DRSG XEROFORM 5x9              5.25
                                                    SUBTOTAL:               5.25
    710-RECOVERY ROOM
050498 05B511  0704  992684                1 RECOVERY ROOM 30 MIN         208.75
050498 05B511  0704  992685                1 REC RM ADDL 30MIN            188.50
                                                    SUBTOTAL:             397.25

                          TOTAL ANCILLARY CHARGES      5962.40
```

```
DATE OF   BATCH   PAY          INS   BILL
PAYMENT   REFER  TYPE PROC     PLAN  THRU DT  DESCRIPTION / COMMENT     AMOUNT

05/01/98 01 635  1    000059                   UPFRONT PYMT. CHK 0      4,000.00
05/18/98 18 815  1    000111          05/04/98 PATIENT PYMT-CK          1,500.00
05/20/98 26RA77  4    000711          05/04/98 537 SELF PAY DISC O/P      462.40
                                               TOTAL PAYMENTS           5,962.40
```

IF INSURANCE ON FILE CARRIER HAS BEEN BILLED
THANK YOU FOR CHOOSING VALLEY REGIONAL MEDICAL CENTER

KMART PHARMACY #3456  TAX RECEIPT
2390 N EXPRESSWAY
BROWNSVILLE TX 78521      (956)542-8482
Rx#6726959  Tx#1251545  Pharmacist: JRV
HURON, NORMA              Ph(210)233-9221
19 POMELOS
BROWNSVILLE TX 78521
REDAFEN 750MG   TAB       NDC00029-4852-20

Dr. ADDBBATI, RICARDO N.

05/26/98  QTY: 60        CASH PRICE:  $83.97

KMART PHARMACY #3456  PUR. RECEIPT
2390 N EXPRESSWAY
BROWNSVILLE TX 78521      (956)542-8482
Rx#6726959  Tx#1251545  Pharmacist: JRV
HURON, NORMA              Ph(210)233-9221
19 POMELOS
BROWNSVILLE TX 78521
REDAFEN 750MG   TAB       NDC00029-4852-20

Dr. ADDBBATI, RICARDO N.

05/26/98  QTY: 60        CASH PRICE:  $83.97



PHARMACY
People Feel Better
Coming Here

WAL-MART
SUPERCENTER
We Sell For Less
ALWAYS!
ST# 0595 OP# 00001728 TE# 07 TR# 03254

| DATE | CODE | DESCRIPTION | AMOUNT | TOTAL |
|------|------|-------------|--------|-------|
| 04/30/98 | 85730 | PART THM TIME-PTT | 1 @ 6.70 | 6.70 |
| 04/30/98 | 85610 | PROTHROMBIN TIME | 1 @ 4.40 | 4.40 |
| 04/30/98 | 81000 | URINALYSIS CTM | 1 @ 4.10 | 4.10 |

Questions call 1-800-203-4715

| ACCOUNT NUMBER | DATE OF STATEMENT | BALANCE | AMOUNT DUE |
|----------------|-------------------|---------|------------|
| 611*7285251 | 05-14-98 | 15.20 | 15.20 |

PATIENT NAME
NORMA HURON
(956) 233-9221

Tax Id  142541090   DX: 717.9
Place of service: VALLEY REGIONAL MED CTR
Referring Doctor: RICARDO ADOBBATI,MD
MAKE CHECKS PAYABLE TO: ANA GUTIERREZ,MD

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

📇 FEED FACE DOWN THIS DIRECTION 📇       NCR      📇 FEED FACE DOWN THIS DIRECTION 📇

CAUTION: Federal law PROHIBITS the transfer of this drug to
any person other than the patient for whom it was prescribed.

RX 6719282 JRV Dr BLISS         6719282 1236223 Counseling - Recd:___ Refused:___
HURON, NORMA    12/31/97
20 MEDROL    16MG  TA      HURON, NORMA      _____  ___/___/___

**K. TAX RECEIPT**

KMART PHARMACY #3456
2380 N EXPRESSWAY            (956)542-8482
BROWNSVILLE TX 78521
Rx#6719282   Tx#1236223   Pharmacist: JRV
**HURON, NORMA**
**19 POMELOS**                    Ph:(210)233-9221
**BROWNSVILLE TX 78521**
**MEDROL    16MG   TAB**      NDC:00009-0073-01

Dr. BLISS, CLARK W.

12/31/97 QTY: 20      **CASH PRICE:**    $34.97

CAUTION: Records are PROPERTY [illegible]

RX 4416625 JRV Dr ADOBBATI       4416625 1249464 Counseling - Recd:___ Refused:___
HURON, NORMA      05/04/98
20 APAP/CODEINE300-30MGTA    HURON, NORMA
                                                              ___/___/___

**K.**                    **TAX RECEIPT**
KMART PHARMACY #3456
2380 N EXPRESSWAY          (956)542-6482
BROWNSVILLE TX 78521
Rx#4416625   Tx#1249464   Pharmacist: JRV
HURON, NORMA
19 POMELOS                Ph:(210)233-9221
BROWNSVILLE TX 78521
APAP/CODEINE300-30MGTAB   NDC:00228-2001-96
Generic for: TYLENOL/COD #3   TAB

Dr. ADOBBATI, RICARDO N.

05/04/98 QTY: 20   CASH PRICE:   $5.99

**K.**                    **DUP. RECEIPT**
KMART PHARMACY #3456
2380 N EXPRESSWAY          (956)542-6482
BROWNSVILLE TX 78521
Rx#4416625   Tx#1249464   Pharmacist: JRV
HURON, NORMA
19 POMELOS                Ph:(210)233-9221
BROWNSVILLE TX 78521
APAP/CODEINE300-30MGTAB   NDC:00228-2001-96
Generic for: TYLENOL/COD #3   TAB

Dr. ADOBBATI, RICARDO N.

05/04/98 QTY: 20   CASH PRICE:   $5.99



**PHARMACY**

**People Feel Better**
**Coming Here**

DEVOLUCIONES CON RECIBOS SOLAMENTE

APPLY FOR KMART CREDIT CARD
REFUNDS ONLY WITH RECEIPT

1  #18          PRESCRIPTION    5.99 N
2 300450461308 TYLENOL         4.49
3 300450461308 TYLENOL         4.49
              SUBTOTAL        14.97
              TAX              .74
              TOTAL          15.71
              CASH TENDERED   20.00
              CHANGE           4.29

2100-2100 050 31 05/04/98 3456 06:05P

Case 1:00-cv-00125   Document 3   Filed in TXSD on 09/08/2000   Page 35 of 48



EASTERN PLAINS MEDICAL GROUP
PO BOX 8190
ROSWELL NM 88202-8190
(505) 623-6180
74-2814097

Norma G Turn
2001 N Pen
ROSWELL NM                                         02/02

                                                   Account # 21635

| Date | Ref | Description | Dr | Amount |
|------|-----|-------------|-----|--------|
| 02/02/99 | | ANDED PROB FOC,NEW | 71 | |
| 02/02/99 | | NT  VIEWS | Steve C Newman  Fn | 83.29 |
| 02/02/99 | | Thank You | Steve C Newman | -146.03 |

*L#2188*

Next Appoint m              Account Balance

| Patient | Date | Time | Reason |
|---------|------|------|--------|
| | A. Boss | | |
| | A. Latimer, III | | |
| | D. Kiker | | |
| | S. Nicholsen | | |
| | Ilsley | | |
| | R. Delamater | | |
| | Newman | | |

# EXHIBIT  B

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

CAUSE NO. 1999-09-3933-D

| | | |
|---|---|---|
| NORMA HURON | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| DAYTON HUDSON CORPORATION D/B/A | § | |
| TARGET STORES | § | 103RD JUDICIAL DISTRICT |

**PLAINTIFF NORMA HURON'S RESPONSES TO DEFENDANT
DAYTON HUDSON CORPORATION D/B/A TARGET STORES
REQUEST FOR DISCLOSURE**

TO:   **Dayton Hudson Corporation d/b/a Target Stores**, Defendant, by and through its

attorney of record:

R. E. Lopez, Jr.
**LOPEZ, PETERSON & BENAVIDES, PLLC**
5810 San Bernardo Ave., Suite 101
Walker Plaza Building
Laredo, Texas 78041

COMES NOW, **Norma Huron**, Plaintiff, and pursuant to Rules 191.4, 194 and 195 of

the Texas Rules of Civil Procedure serves this Response to Defendant's Request for Disclosure on

Defendant **Dayton Hudson Corporation d/b/a Target Stores**.

RESPECTFULLY SUBMITTED,

**R. W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Telecopier: (956) 546-0470

R. W. Armstrong
TBA#01323500
**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on the _20th_ day of June, 2000, a true and correct copy of **Plaintiff Norma Huron's Responses To Defendant's Dayton Hudson Corporation d/b/a Target Stores Request For Disclosure** was served via Certified Mail, return receipt requested, to wit:

*Certified Mail Z 258 926 888*

R. E. Lopez, Jr.
**LOPEZ, PETERSON & BENAVIDES, PLLC**
5810 San Bernardo Ave., Suite 101
Walker Plaza Building
Laredo, Texas 78041

_____
R. W. Armstrong

## NORMA HURON'S RESPONSES
## TO DEFENDANT'S REQUEST FOR DISCLOSURE, Rule 194.2(a)-(i) and (k)

(a)    The correct names of the parties to the lawsuit:

Norma Huron

Dayton Hudson Corporation d/b/a Target Stores

(b)    The name, address, and telephone number of any potential parties:

Plaintiff will state that at this time there is no known partial party as yet unidentified to this lawsuit.

(c)    The legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not marshal all evidence that may be offered at trial):

On November 25, 1997, Plaintiff Norma Huron, accompanied by her husband and a friend, went shopping at the Target store located in Brownsville, Texas at 2940 Boca Chica Boulevard. While inside the store, in the Men's department, a large and heavy clothes rack became unbalanced and fell on Plaintiff. The clothes rack struck Plaintiff on the back, causing her to strike a nearby shopping cart while falling. The clothes rack knocked Plaintiff to the floor, landing on Plaintiff and pinning her to the floor. It took the combined efforts of Plaintiff's husband and her friend to extricate Plaintiff. As a result of this accident, Plaintiff suffered injuries to her back, left arm and knee. In an approximate one-year period following her accident, Plaintiff consulted several doctors concerning her injuries, and underwent several procedures, including arthroscopic surgery for her injured knee. For several months after her accident, Plaintiff walked with a limp, and Plaintiff has felt pain and discomfort in her knee and back since the date of her accident to the present.

Plaintiffs' claim incorporates the following legal theories:

Premises Liability:

As a shopper at the Target store, Plaintiff enjoyed the legal status of invitee. As such, Defendant, as owner of the premises in question had the duty to exercise reasonable care to have that premises in a reasonably safe condition for her. On the occasion in

question, Defendants, their agents, servants, and employees who were at all times acting in the course and scope of their employment were guilty of negligence toward the Plaintiff in the following respects:

1.      In failing to correct the defective condition of the clothes rack;

2.      In failing to warn the Plaintiff of the dangerous defect of the clothes rack;

3.      In failing to inspect the clothes rack in order to discover the dangerous defect;

4.      In failing to correct the dangerous defect in the clothes rack;

5.      In failing to warn invitees, including Plaintiff, that a dangerous condition existed which required extra care to be taken when standing next to the clothes rack which fell on Plaintiff causing Plaintiff to slip and fall.

Each of the foregoing negligent acts and omissions whether taken singularly or in combination, were a proximate cause of Plaintiff's injuries and damages.

The above-stated factual bases and legal theories are Plaintiff's basic assertions, not all-inclusive.  As stipulated in TRCP 194, *Notes and Comments*(2), Plaintiff has not attempted to marshal all her evidence or brief the legal issues in this response.

(d)      The amount and any method of calculating economic damages:

A sum to be determined by the jury, but based upon Plaintiff **Norma Huron's** permanent injury, disfigurement, past, present, and future medical expenses, and mental anguish.  Plaintiff's current medical expenses total approximately $12,920.69; additional medical expenses are anticipated to total between $40,000 and $50,000.

File Server:Huron, Norma [99-214]:D -Req for Discl/Resp
-4-

Plaintiff is seeking compensatory damages in the amount of $70,000.00.

(e)   The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case:

Norma Huron
2001 N. Main Street
Roswell, New Mexico 88201
(505) 622-0110
Connection:     Plaintiff

Jeff Huron
2001 N. Main Street
Roswell, New Mexico 88201
(505) 622-0110
Connection:     Plaintiff's husband and witness to the occurrence made the basis of this lawsuit

Dan Shannon
Rt. III, Box 3110K
Los Fresnos, Texas 78586
(956) 233-5031
Connection:     (friend) Witness to the occurrence made the basis of this lawsuit

Becky Burt
1214 North Charlotte
Wichita, KS 67208
(316) 682-8960
Connection:     Person with knowledge of relevant facts

Target employee
Connection:     Witness to the occurrence made the basis of this lawsuit

John Weldon
Amarillo, Texas
(806) 371-7617
Connection:     Person with knowledge of relevant facts

Becky Burt
Wichita, Kansas
(316) 682-8960
Connection:     Person with knowledge of relevant facts

Bliss W. Clark, M.D.
1601 Treasure Hills Boulevard
Harlingen, Texas  78550
(956) 421-2663
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

File Server:Huron, Norma [99-214]:D -Req for Discl/Resp

Valley Baptist Medical Center
1201 North Ed Carey Drive
Harlingen, Texas 78550
(956) 389-1100
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Ricardo Adobbati, M. D.
1134 Los Ebanos Blvd.
Brownsville, Texas 78520
(956) 544-6727
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Dr. L. R. Pelly
585 W. Jefferson Street
Brownsville, Texas 78521
(956)
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Antonio Diaz, M. D.
864 Central Blvd., Suite 100
Brownsville, Texas 78520
(956) 541-5231
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Nicholas Metcalf, M.D.
Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Columbia Valley Regional Medical Center
100 Alton Gloor Blvd.
Brownsville, Texas 78521
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Valley Doctors Clinic
394 Military Highway
Brownsville, Texas 78521
(956) 544-3226
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Brownsville Anesthesia Associates
P. O. Box 4589
Brownsville, Texas 78523-4589
(956) 541-1278
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Eastern Plains Medical Group
P. O. Box 8190
Roswell, New Mexico 88202-8190
(505) 623-6180
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

(f)    For any testifying expert:

(1)    the expert's name, address, and telephone number;

(2)    the subject matter on which the expert will testify;

(3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;

(4)    if the expert is retained by, employed by, or otherwise subject to the control of the responding party:

(A)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

(B)    the expert's current resume and bibliography;

(1)    Bliss W. Clark, M.D.
1601 Treasure Hills Boulevard
Harlingen, Texas  78550
(956) 421-2663
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Valley Baptist Medical Center
1201 North Ed Carey Drive
Harlingen, Texas  78550
(956) 389-1100
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Ricardo Adobbati, M. D.
1134 Los Ebanos Blvd.
Brownsville, Texas 78520
(956) 544-6727
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Dr. L. R. Pelly

585 W. Jefferson Street
Brownsville, Texas 78521
(956)
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Antonio Diaz, M. D.
864 Central Blvd., Suite 100
Brownsville, Texas 78520
(956) 541-5231
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Nicholas Metcalf, M.D.
Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Columbia Valley Regional Medical Center
100 Alton Gloor Blvd.
Brownsville, Texas 78521
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Valley Doctors Clinic
394 Military Highway
Brownsville, Texas 78521
(956) 544-3226
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Brownsville Anesthesia Associates
P. O. Box 4589
Brownsville, Texas 78523-4589
(956) 541-1278
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Eastern Plains Medical Group
P. O. Box 8190
Roswell, New Mexico 88202-8190
(505) 623-6180
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

(2)    Subject matter: Plaintiff Norma Huron's injuries and treatment and prognosis;
       cause, nature, extent and duration of any physical or other condition experienced by
       Plaintiff as a result of the incident made the basis of this lawsuit.

File Server:Huron, Norma [99-214]:D -Req for Discl/Resp

(3)    General impressions & opinions:    The aforementioned experts are or were health care providers of Plaintiff, and if called to testify live, by deposition or through medical records, properly admitted at the trial of this case, can be expected to testify regarding Plaintiff's medical condition, treatment, cause, nature, extent, and duration of any physical or other condition experienced by Plaintiff herein, including but not limited to those conditions which Plaintiff alleges resulted from the injury made the basis of this lawsuit.

(4)    (A)    All documents:      Not available

        (B)    Not available

(g)    Any indemnity and insuring agreements described in Rule 192.3(f):

    Plaintiff will state there are none.

(h)    Any settlement agreements described in Rule 192.3(g):

    Plaintiff will state there are none.

(i)    Any witness statements described in rule 192.3(h):

    Plaintiff will state there are none.

(k)    In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

    Non-applicable; Defendant (the requesting party) has not furnished Plaintiff (the responding party) an authorization for the purpose of obtaining medical and billing records. However, in the interest of judicial economy, Plaintiff will furnish Defendant her *Authority to Release Medical Records* [Exhibit RFD-1]whereby Defendant can obtain Plaintiff's medical and billing records.

# EXHIBIT RFD-1

CitiPDF - www.fastio.com

# AUTHORITY TO RELEASE MEDICAL

# INFORMATION

TO WHOM IT MAY CONCERN:

      I, _____, hereby authorize and permit any person, firm, or entity to release to the law firm of R. W. ARMSTRONG & ASSOCIATES, or their authorized representative, any and all of the matters enumerated below that pertain to _____ born _____; Social Security Number _____ The matters to be released pursuant to this authorization are the following: any laboratory slides, clinical abstracts, histories, charts, and other information, documents, and opinions relevant to past, present, or future physical condition, treatment, care, or hospitalizations.

      This authorization revokes any and all prior authorizations previously given to any other person, firm organization of agency.

      A copy of this authorization is agreed by the undersigned to have the same effect and force as an original and should be honored as if it were an original. Any person, firm, or entity that releases matters pursuant to this authorization is hereby absolved from any liability that might otherwise result from the release of those matters.

_____
SIGNATURE OF CLIENT

This instrument was acknowledged before me on the _20th_ day of ____June____, ~~199~~ _2000._

_____
Notary Public, State of Texas
My commission expires: _6/5/2001_

ROSA M. GARCIA
Notary Public, State of Texas
My Commission Expires 06-05-2001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILE DIVISION

| | | |
|---|---|---|
| NORMA HURON,<br>    *Plaintiff* | §<br>§<br>§ | |
| v | §<br>§ | CIVIL ACTION NO. B-00-126 |
| DAYTON HUDSON CORPORATION<br>D/BA/ TARGET STORES<br>    *Defendant* | §<br>§<br>§ | |

## ORDER DENYING MOTION TO REMAND AND MOTION FOR SANCTIONS

The motion of Plaintiff Norma Huron to remand the above-entitled action to the 103rd Judicial District Court of Cameron County, Texas, from whence it came, having regularly come on to be heard by this Court on the _____day of _____, 2000, and R.W. Armstrong appearing as counsel for Plaintiff, and R.E. Lopez appearing as counsel for defendant, and this Court having considered such motion, the Affidavit of R.W. Armstrong, and all proceedings heretofore had herein, and having heard arguments of counsel, and it appearing to this Court that the above-entitled action was removed to this Court improvidently, this Court being without jurisdiction, since it is not a civil action founded on a claim or right arising under the Constitution and laws of the United States, and is, therefore an action over which this Court does not have original and hence removal jurisdiction, it is, therefore,

ORDERED that the above-entitled action be and it hereby is remanded to the 103rd Judicial District Court of Cameron County, Texas.

FURTHER ORDERED that plaintiff be awarded costs herein in the amount of $ _____.

THUS DONE AND SIGNED on this the _____ day of _____ 2000.

_____
PRESIDING JUDGE

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

8