5

# United States District Court

------------------------------------------------District of--------------------------------------------------

|  |  |
|---|---|
| William K., Individually, and as Next Friend of C.K., a Minor Child<br>v.<br><br>Harlingen Consolidated Independent School District and Lucius D. Bunton, Hearing Officer for the Texas Education Agency | **SUMMONS IN A CIVIL ACTION**<br><br>Case Number: B-00-125<br><br>United States District Court<br>Southern District of Texas<br>FILED<br><br>SEP 1 1 2000<br><br>Michael N. Milby<br>Clerk of Court |

TO:   (name and address of Defendant) Harlingen Consolidated Independent School District, c/o Dr. Jesus Chavez, 1409 E. Harrison, Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY: (name and address)** William Kimball, **Koppel, Ezell, Jackson & Kimball, L.L.P.,** 312 E. Van Buren, Harlingen, Texas 78550.

an answer to the First Amended Complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY
_____
CLERK

_BBarlow_
BY DEPUTY CLERK

_9-7-00_
DATE

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | Date 9-8-2000 |
|---|---|
| NAME OF SERVER (print) Jim Parker | Title 9:00 |
| Check one box below to indicate appropriate method of service | |

☒ Served personally upon the defendant. Place where served: Harlingen, 1409 E Brian

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL: _____   SERVICES: _____   TOTAL: _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-9-2000
Date

Signature of Server: Jim Parker

Address of Server: Harlingen, TX

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.