

United States District Court
Southern District of Texas
FILED

SEP 1 4 2000

Michael N. Milby
Clerk of Court

# United States District Court

## SOUTHERN DISTRICT of TEXAS, BROWNSVILLE DIVISION

WILLIAM K., Individually,
and as Next Friend of C.K., a minor child

v.

HARLINGEN CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT
AND LUCIUS D. BUNTON, HEARING
OFFICER FOR THE TEXAS EDUCATION AGENCY

**SUMMONS IN A CIVIL ACTION**

Case Number: B-00-125

TO: **TEXAS EDUCATION AGENCY**, by and through its Commissioner of Education, Jim Nelson, at 1701 North Congress Avenue, Austin, Travis County, Texas 78701.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY**: William Kimball, **Koppel, Ezell, Jackson & Kimball, L.L.P.**, 312 E. Van Buren, P.O. Box 2878, Harlingen, Texas 78550.

an answer to the complain which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N Milby, Clerk

8-29-00
DATE

CLERK

BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | Date |
|---|---|
| NAME OF SERVER (print) | Title |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant.   Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

TRAVEL: _____   SERVICES: _____   TOTAL: _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____                BRUCE ELFANT
                    Date                                     CONSTABLE, PREC. 5, TRAVIS COUNTY, TEXAS
                                                         Signature of Server

**BRUCE ELFANT**
**CONSTABLE, PREC. 5, TRAVIS COUNTY, TEXAS**

_____
Address of Server

SEP 1 9 33 AM '00

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| Cause No. B00125 | {} | In the |
| Plaintiff:<br>WILLIAM K INDIVIDUALLY AND<br>AS NEXT FRIEND OF C K A MINOR<br>CHILD | {} | U.S.Dist Court |
| Defendant:<br>HARLINGEN CONSOLIDATED ISD<br>ETAL | {} | SOUTHERN County |

OFFICER'S RETURN

Came to hand September 01, 2000 at 9:51 A.M. and executed in Travis County, Texas, on September 05, 2000 at 4:23 P.M. by delivering to: TEXAS EDUCATION AGENCY by delivering to Jim Nelson, Commissioner of Education, at 1701 N. Congress, Austin, Texas, 78701, by delivering to Lorie Williams, designated agent for service for the Department of Education, a true copy of the SUMMONS together with an accompanying copy of the PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT AND APPLICATION FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF.

FEE: $45 Paid

Bruce Elfant,
Constable Pct 5
Travis County, Texas

by: _____
Miracle Mount Deputy