11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 6 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WILLIAM K., Individually<br>and as Next Friend of C.K., a minor child<br><br>V.<br><br>HARLINGEN CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT<br>AND LUCIUS D. BUNTON, HEARING<br>OFFICER FOR THE TEXAS<br>EDUCATION AGENCY | §<br>§<br>§<br>§  CASE NO. B-00-125<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S INITIAL RULE 26 DISCLOSURE REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, William K., individually and as next friend of C.K., a child, (hereinafter referred to as "Plaintiff"), who files this, his Rule 26 Disclosure Report and in support hereof, Plaintiff would show the Court as follows, to-wit:

1. Pursuant to Rule 26(a) (1)(A) requiring the disclosure of the individuals with relevant information concerning disputed facts in the case, the following persons are likely to have discoverable information relevant to the disputed facts:

William Kimball
Paula Kimball
425 Palm Valley Circle
Harlingen, Texas 78552

Joseph Biederman, M.D. and
Dr. Ellen Braaten
Massachusetts General Hospital
Wang Ambulatory Care Center 805
15 Parkman Street
Boston, MA 02114
(617) 726-2724

Dr. Susan Ander
724 N. Sam Houston
San Benito, Texas 78586
(956) 399-4647

wfk\c:\forms\rule26-3.dis                           1

Mr. Rocky Parkert
Mrs. Linda Krabil
Mrs. Jolaine Lanehart
Norma Leal
Patty Hoffeinz
Marlene Caper
Dr. Thomas Oakland
c/o Harlingen Consolidated Independent School District
1409 E. Harrison
Harlingen, Texas 78550

Ms. Denise Anderson
Yvonnilda Muniz
Denise Hayes
**Walsh, Anderson, Brown, Schulze & Aldridge, P.C.**
P.O. Box 2156
Austin, Texas.

Mr. Lucius Bunton
**LAW OFFICES OF LUCIUS D. BUNTON**
712 West Fourteenth, Suite A
Austin, Texas 78701-1708

Mr. Stephen P. Webb
**WEBB & WEBB**
1530 Frost Bank Plaza
816 Congress Ave.
Austin, Texas 78701

    2. Pursuant to Rule 26(a)(1)(B) requiring the disclosure or production of documents relevant to the dispute facts of the case, attached hereto are true and correct copies of the following documents: **See all documents attached to Plaintiff's First Amended Original Complaint as exhibits**.

    3. Pursuant to Rule 26(a)(1)(C) requiring the computation of damages: **This Plaintiff claims that he and CK have been damaged in the following respects: I see that C.K. has been damaged in several respects. First of all, there has been an unnecessary delay in having C.K. receive appropriate services from HCISD which Plaintiff believes has damaged his ability to recover and read. There are obvious long term impacts and damages which will probably be addressed in later depositions by one or more of Plaintiff's experts. Further, Plaintiff has endured legal expenses and attorneys fees which continue to mount on a daily basis. Further, Plaintiff has suffered mental anguish damages. These damages are very difficult to reduce to monetary figures but Plaintiff strongly believes that they amount to no less than $50,000.00 at this time. This amount is over and above the costs of residential placement.**

    4. Pursuant to Rule 26(a)(1)(D), there is no insurance agreement in Plaintiff's possession which may be liable to satisfy all or part of any judgment in this case or may require the insurance company to indemnify or reimburse the party paying such a judgment.

wfk\c:\forms\rule26-3.dis      2

5. Pursuant to Rule 26(a)(2)(A), the following are expert witnesses who may be called to testify by the Plaintiff herein to provide expert opinion testimony in this case:

Joseph Biederman, M.D. and
Dr. Ellen Braaten
Massachusetts General Hospital
Wang Ambulatory Care Center 805
15 Parkman Street
Boston, MA 02114
(617) 726-2724

Dr. Susan Ander
724 N. Sam Houston
San Benito, Texas 78586
(956) 399-4647

6. Pursuant to Rule 26(a)(2)(B) requiring the disclosure of expert reports, **see the medical/chiropractic records and billing records previously produced to HCISD by Plaintiff.**

Respectfully submitted,

**KOPPEL, EZELL, JACKSON
& KIMBALL, L.L.P.**
Post Office Box 2878
Harlingen, Texas 78551
(956) 425-2000
Fax No. (956) 421-4258

BY: _/s/ William Kimball_
William Kimball
State Bar #11418700
Federal I.D. #6159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was on this 4th day of October, 2000, sent via certified mail, return receipt requested to: Ms. Bridget Robinson, **Walsh, Anderson, Brown, Schulze & Aldridge, P.C.**, P.O. Box 2156, Austin, Texas and Ms. Valerie R. Esparza, **Assistant Attorney General**, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

_/s/ William Kimball_
William Kimball

wfk\c:\forms\rule26-3.dis                                                    3