authorities cited therein, for the proposition that injunctive relief has been routinely utilized by

federal courts to enforce federal statutory and constitutional civil rights of individuals against state

1ƒ

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 2 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **WILLIAM K., Individually** | § | |
| **and as Next Friend of C.K., a minor child** | § | |
| | § | |
| **V.** | § | **CASE NO. B-00-125** |
| | § | |
| **HARLINGEN CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| **AND LUCIUS D. BUNTON, HEARING** | § | |
| **OFFICER FOR THE TEXAS** | § | |
| **EDUCATION AGENCY** | § | |

## PETITIONER'S RESPONSE TO TEA'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOW COMES**, Plaintiff, William Kimball, individually and as next friend for C.K., a

minor child, and in support hereof, Plaintiff would show the Court as follows:

1. Plaintiff herein seeks injunctive relief and a declaratory judgment against the Texas Education

Agency, ("TEA"), and its current hearing officer in charge of this file, Mr. Stephen Webb.

Plaintiff is not seeking monetary damages against TEA or its hearing officer. Plaintiff is seeking

monetary damages from the Harlingen Consolidated Independent School District ("HCISD"), for

its violation of various privacy statutes described in Plaintiff's live pleadings.

2. Plaintiff is entitled to enjoin the TEA and/or seek a declaratory judgment against TEA for

violations of Plaintiff's and his son's rights under the Individuals with Disabilities Education Act

("IDEA"), 20 U.S.C. §1400, et. seq. And under the United States and Texas Constitutions. In

particular, IDEA specifically gives a parent the right to appeal a hearing officer's ruling. See 20

U.S.C. §1415. It is a long accepted practice in federal courts to use injunctive relief and/or

ChkPDF www.faxlio.com

authorities cited therein, for the proposition that injunctive relief has been routinely utilized by federal courts to enforce federal statutory and constitutional civil rights of individuals against state officials and agencies.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that TEA's Motion to Dismiss be denied in all respects, and that Plaintiff requests such other and further relief as this Court deems just in this matter.

Respectfully submitted,

**KOPPEL, EZELL, JACKSON**
**& KIMBALL, L.L.P.**
Post Office Box 2878
312 E. Van Buren
Harlingen, Texas 78551
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _____

William Kimball
State Bar #11418700
Fed. I.D. No. 6159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was on this 27th day of October, 2000, sent via fax and certified mail, return receipt requested to: Ms. Bridget Robinson, **Walsh, Anderson, Brown, Schulze & Aldridge, P.C.**, P.O. Box 2156, Austin, Texas and Ms. Valerie R. Esparza, **Assistant Attorney General**, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

_____
William Kimball