# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk O. H. Aldape

| | | |
|---|---|---|
| WILLIAM K., Individually and as next friend of C.K., a minor child | § § § | |
| | § | CIVIL ACTION NO. B-00-125 |
| VS. | § § | |
| HCISD, ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                             ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION BEFORE THE HONORABLE FILEMON B. VELA, UNITED STATES DISTRICT JUDGE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #4**

DATE AND TIME:

**NOVEMBER 1, 2000 AT 10:30 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 27, 2000

TO:   MR. WILLIAM KIMBALL
      MS. DENISE H. ANDERSON
      MS. BRIDGET R. ROBINSON
      MS. VALERIE R. ESPARZA