*17*

United States District Court
Southern District of Texas
FILED

**NOV 0 1 2000**

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

PRELIMINARY INJUNCTION HEARING

CIVIL ACTION NO. B-00-125 ___

WILLIAM K., Iindividually and as
next friend of C.K., a minor child ___

VS.

HCISD, Et. Al. ___

DATE & TIME: ___ 11-01-00 AT 10:30 A.M. ___

PLAINTIFF(S) ___ WILLIAM F. KIMBALL ___
COUNSEL

DEFENDANT(S) ___ DENISE H. ANDERSON ___
COUNSEL ___ BRIDGET R. ROBINSON ___

--------------------------------------------------------------------------------

ERO: Gabe Mendieta
Law Clerk: Vadim Mozyrsky

A hearing was held on plaintiff's application for preliminary injunction.

Defendants do not wish to allow the school district's evaluation of C.K. to be taped. Further, they challenge this Court's jurisdiction to rule on the preliminary injunction.

The Court will consider the merits. In the meantime, Mr. Kimball will prepare an order addressing the protocol that would be necessary should the Court allow taping of C.K.'s evaluation.