2-1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM K., Individually and as Next Friend of C.K., a minor child,<br>*Plaintiff,*<br><br>v.<br><br>HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT and LUCIUS D. BUNTON, HEARING OFFICER FOR THE TEXAS EDUCATION AGENCY,<br>*Defendants.* | § § § § § § § § § § § § | Civil Action No. B-00-125 |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, an appointed hearing officer of the Texas Education Agency ("TEA"), and files this Notice of Appearance of Co-Counsel. The undersigned Assistant Attorney General will serve as co-counsel. Assistant Attorney General Christopher R. Brown is a member in good standing of the State Bar of Texas, and has applied to practice before the United States District Court for the Southern District of Texas. Currently Mr. Brown's application is pending.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court enter the appearance of Christopher R. Brown as Co-Counsel of Record for TEA in the above-styled and numbered cause of action.

Notice of Appearance of Co-Counsel                                                                                                Page 1

        Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER
Chief, General Litigation Division


*/s/ Christopher Ralph Brown*

CHRISTOPHER RALPH BROWN
State Bar No. 90000883
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667  FAX

ATTORNEYS FOR DEFENDANT TEA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via U.S. Certified Mail, Return Receipt Requested, on November 2, 2000, to:

WILLIAM KIMBALL
KOPPEL, EZELL, JACKSON & KIMBALL, L.L.P.
312 East Van Buren
P. O. Box 2878
Harlingen, Texas  78550

BRIDGET ROBINSON
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78701

CHRISTOPHER RALPH BROWN
Assistant Attorney General