22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM K., Individually and as Next Fried of C.K., a minor child | § § § | |
| V. | § | CASE NO. B-00-125 |
| | § | |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND LUCIUS D. BUNTON, HEARING OFFICER FOR THE TEXAS EDUCATION AGENCY | § § § § § | |

**PLAINTIFF'S THIRD SUPPLEMENTAL BRIEF
IN SUPPORT OF PREMININARY INJUNCTION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, Plaintiff, William K., individually and as next friend of C.K., a minor child, who provides to the Court the following further information:

1. Attached hereto as **Exhibit "A"** in support of video taping the proposed testing by Dr. Oakland, please find a September 14, 2000 letter by Dr. Susan Ander. Again, Dr. Ander is ready and willing to provide the Court more detailed live testimony on this matter.

2. Plaintiff further wishes to elaborate on one more point which was made in Plaintiff's Response to HCISD's Motion to Dismiss. That is, the exhaustion doctrine does not require an actual ruling on claims. It only requires that the administrative hearing officer had an opportunity to review the issue. See **Fuller v. Rich**, 11 F.3d 61 (5th Cir. 1994). In this case, the current administrative hearing officer, Stephen Webb, has had multiple opportunities to overrule the previous rulings of Lucius Bunton on the issue of whether the Plaintiff, as parent of CK, was entitled to be present and whether Plaintiff was entitled to videotape the testing. Mr. Webb has reviewed those previous decisions and has overruled Mr. Bunton only in part, allowing Plaintiff to be present behind a one-way glass, but

1

denying Plaintiff the right to videotape such testing. Accordingly, it can be argued under **Fuller**, that the administrative procedures concerning the narrow issue (of whether Plaintiff has the right to be present and videotape Dr. Oakland), has been completely exhausted before the administrative hearing officers.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that the Court grant its Motion for Preliminary Injunction and deny HCISD's Motion to Dismiss. Plaintiff further prays that the Court grant to the Plaintiff such other and further relief as the Court deems just in this matter.

Respectfully submitted,

**KOPPEL, EZELL, JACKSON & KIMBALL, L.L.P.**
Post Office Box 2878
312 E. Van Buren
Harlingen, Texas 78551
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _/s/ William Kimball_
William Kimball
State Bar #11418700
Fed. I.D. No. 6159

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was on this 3rd day of November, 2000, sent via facsimile and mailed by certified mail, return receipt requested to: Ms. Bridget Robinson, **Walsh, Anderson, Brown, Schulze & Aldridge, P.C.**, P.O. Box 2156, Austin, Texas and Ms. Valerie R. Esparza, **Assistant Attorney General**, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

_/s/ William Kimball_
William Kimball

2



COUNSELING • TRAINING • CONSULTING

September 14, 2000

Mr. Bill Kimball
312 E. Van Buren
Harlingen, Tx. 78550

    Re: Video Taping and/or Window
      Observation of Testing

Dear Mr. Kimball:

For several years I was director of the Special Ed Program at Pan American University both in Edinburg and Brownsville Campus'.

As part of accepted practice in the field, we videotaped children being tested or observed through a mirrored window. I have also utilized filming techniques in private practice.

The purpose for making a visual record of the test session (sessions) are demonstration, instruction, and to provide a record for the parent, school district, and/or agency wanting this documentation.

            Very truly yours,

SA:rj            SUSAN ANDER, Ph.D.

**EXHIBIT A**

SUSAN ANDER, PH.D.
L.C.D.C.  R.P.E.D.  L.P.C.

724 N. SAM HOUSTON • SAN BENITO, TEXAS 78586 • (956) 399-4647 • FAX (956) 361-3343