23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM K., Individually and as Next Friend of C.K., a minor child | § § § | |
| V. | § § | CASE NO. B-00-125 |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND LUCIUS D. BUNTON, HEARING OFFICER FOR THE TEXAS EDUCATION AGENCY | § § § § § § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT**

TO THE HONORABLE UNITED STATES MAGISTRATE:

NOW COMES, Plaintiff, William K., Individually and as Next Friend for C.K., a minor child, (hereinafter sometimes referred to as "Plaintiff"), who files pursuant to Federal Rules of Civil Procedure 15 (a) this, his Motion for Leave to file his Second Amended Original Complaint and Application for Injunctive Relief and Declaratory Judgment, and in support hereof, Plaintiff would show the Court as follows:

1. Plaintiff desires to amend his pleadings in this case to appeal the ruling of the administrative hearing officer, Stephen Webb, dismissing the following administrative law case pending before the Texas Education Agency, ("TEA"): **Christopher K., b/n/f v. Harlingen Independent School District**, Docket No. 388-SE-600. Plaintiff now seeks for this court to enter judgment against the Harlingen Consolidated Independent School District ("HCISD") ordering HCISD to pay for the tuition, room and board and related expenses to have CK enrolled at a private special education residential school, as highly recommended by CK's three treating doctors.

1

2. Plaintiff further wishes to amend his pleading herein to address alleged federal law violations and violations of CK's and the Plaintiff's constitutional rights, not raised in previous pleadings. In regards to siad violations, Plaintiff seeks injunctive relief and/or a declaratory judgment.

3. In the Fifth Circuit, leave of court to file an amended pleading should be freely granted. See e.g., **Whitmire v. Victus Limited T/A Master Design Furniture**, 212 F.3d 885, 889 (5th Cir. 2000) and **Engstrom v. First National Bank of Eagle Lake**, 47 F.3d 1459, 1464 (5th Cir. 1995).

4. There is no current trial setting. There would be no unfair or unjust prejudice to HCISD if this motion for leave were granted.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that his Motion for Leave be granted and that Plaintiff be permitted to file his Second Amended Complaint. Plaintiff further requests such other and further relief, special or general, legal or equitable, as Plaintiff may show himself and CK justly entitled to receive.

Respectfully submitted,

**KOPPEL, EZELL, JACKSON & KIMBALL, L.L.P.**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78550
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _____
William Kimball
State Bar No. 11418700
Federal ID No. 6159

PRO SE AND AS ATTORNEY FOR CK

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was on this 9th day of November, 2000, sent via certified mail, return receipt requested to: Ms. Bridget Robinson, **Walsh, Anderson, Brown, Schulze & Aldridge, P.C.**, P.O. Box 2156, Austin, Texas and Ms. Valerie R. Esparza, **Assistant Attorney General**, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

*William Kimball*
William Kimball