26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 23 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM K., ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-125 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| SCHOOL DISTRICT, ET AL. | § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Be it remembered that on this day came to be considered Plaintiff's Motion for Leave to File Second Amended Complaint and Application for Injunctive Relief and Declaratory Judgment, as well as Defendant's Response in Opposition to same. After consideration of the pleadings in this case, the Court is of the opinion that Plaintiff has not exhausted the administrative remedies available to him, therefore, Plaintiff's Motion for Leave to File Amended Complaint and Application for Injunctive Relief and Declaratory Judgment is premature.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Leave to File Second Amended Complaint and Application for Injunctive Relief and Declaratory Judgment should be, and it hereby is, **DENIED**.

SIGNED at Brownsville, Texas this 22nd day of January, 2001.

_____
John Wm. Black
United States Magistrate Judge