29

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| WILLIAM K., INDIVIDUALLY AND AS NEXT FRIEND OF C.K., A MINOR CHILD | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-125 |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, ET AL. | § § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 7, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     FEBRUARY 14, 2001

TO:     MR. WILLIAM F. KIMBALL
        MS. DENISE H. ANDERSON
        MS. BRIDGET R. ROBINSON
        MS. VALERIE R. ESPARZA
        MR. CHRISTOPHER R. BROWN