30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM K., ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-125 |
| | § | |
| HARLINGEN CONSOLIDATED | § | |
| SCHOOL DISTRICT, ET AL. | § | |

### ORDER

The Court having denied Plaintiffs's Motion for Leave to File Second Amended Complaint by Order dated January 22, 2001, (Docket No. 26), is of the opinion that there is no pending justiciable controversy.

IT IS THEREFORE **ORDERED** that this case be **ADMINISTRATIVELY DISMISSED** **without prejudice.**

All pending motions are, therefore, MOOT.

SIGNED at Brownsville, Texas this 13th day of February, 2001.

John Wm. Black
United States Magistrate Judge