32

United States District Court
Southern District of Texas
FILED

MAR 0 7 2001

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

## HEARING ON PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

CIVIL ACTION NO. B-00-125  DATE & TIME: 03-07-01 AT 1:30 P.M.

WILLIAM K. ET AL.  PLAINTIFF(S) COUNSEL: WILLIAM F. KIMBALL

VS.

HARLINGEN CISD  DEFENDANT(S) COUNSEL: DENISE H. ANDERSON
                                      BRIDGET R. ROBINSON

TEXAS EDUCATION AGENCY                VALERIE ROSE ESPARZA
                                      CHRISTOPHER BROWN

---

CSO: Dan Figueroa
ERO: Gabriel Mendieta

Attorneys William Kimball, Denise Robinson and Valerie Esparza appeared.

Plaintiff has asked Judge Black to write a final order dismissing all charges. Judge will write order.