37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

APR 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM K., Individually and as next friend of C.K., a minor child, | § § § | |
| Plaintiff, | § § | |
| VS. | § § § | |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT and LUCIUS D. BUNTON, HEARING OFFICER FOR THE TEXAS EDUCATION AGENCY, | § § § § § § § | CIVIL ACTION NO. B-00-125 |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant Harlingen Consolidated Independent School District's (HCISD) Motion to Dismiss (Docket No. 4). After careful consideration of said matter, the Court is of the opinion that this motion should be **GRANTED**. A complaint based on 20 U.S.C. § 1415(b)(6) is not a justiciable controversy until the plaintiff has exhausted his administrative remedies or proved that exhaustion would be futile or inadequate. Accordingly, the Court is of the opinion that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** for lack of a justiciable controversy. The Clerk shall withdraw the Court's previous Memorandum Opinion and

Order (Docket No. 20), and substitute this Memorandum Order and Opinion in its place. All pending motions not otherwise ruled upon are hereby **DENIED** as **MOOT**.

DONE at Brownsville, Texas, on this the 10th day of April, 2001.

                                                                                 John Wm. Black
                                                              United States Magistrate Judge

ClibPDF - www.fastio.com