38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM K., Individually and as Next Friend of C.K., a minor child | § § § | |
| V. | § § | CASE NO. B-00-125 |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND LUCIUS D. BUNTON, HEARING OFFICER FOR THE TEXAS EDUCATION AGENCY | § § § § § § | |

**NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT**

Notice is hereby given that William K., individually and as Next Friend of C.K., a minor child, Plaintiffs in the above styled and numbered case, hereby appeal to the United States Court of Appeals for the Fifth Circuit, from a final judgment or order entered in this action on the April 11, 2001.

Respectfully submitted,

LAW OFFICES OF WILLIAM F. KIMBALL
312 E. Van Buren
Harlingen, Texas 78550
Tel. (956) 425-2000
Fax No. (956) 421-4258

BY: _____
William Kimball
State Bar No. 11418700
Federal ID No. 6159

PRO SE AND AS ATTORNEY FOR CK,
A MINOR CHILD

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was on this _1st_ day of May, 2001, mailed by certified mail, return receipt requested to: Ms. Bridget Robinson, **Walsh, Anderson, Brown, Schulze & Aldridge, P.C.**, P.O. Box 2156, Austin, Texas.

_____
William Kimball

Case 1:00-cv-00125    Document 38    Filed in TXSD on 05/04/2001    Page 2 of 2