United States District Court
Southern District of Texas
FILED

JUN 25 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM KIMBALL | § | CASE NO. CA B-00-125 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | NOVEMBER 1, 2000 |
| HARLINGEN CISD, ETAL | § | 10:44 A.M. TO 11:14 A.M. |

PRETRIAL CONFERENCE

BEFORE THE HON. JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff(s):          SEE NEXT PAGE

For the Defendant(s):          SEE NEXT PAGE

Court Recorder:                Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
(713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.