# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 01-40522
Summary Calendar

D.C. Docket No. B-00-CV-125

U.S. COURT OF APPEALS
**FILED**

FEB 2 6 2002

CHARLES R. FULBRUGE III
CLERK

WILLIAM K, Individually and as next friend of
C K a minor child

Plaintiff - Appellant

v.

HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT;
ET AL

Defendants

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the
briefs on file.

It is ordered and adjudged that the judgment of the District
Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to
defendant-appellee the costs on appeal to be taxed by the Clerk of
this Court.

ISSUED AS MANDATE: MAR 2 0 2002

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy

New Orleans, Louisiana    MAR 2 0 2002

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

March 20, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

MAR 2 2 2002

Michael N. Milby, Clerk

          No. 01-40522 K v. Harlingen Con Indep
          USDC No. B-00-CV-125

Enclosed, for the district court only, is a certified copy of the
judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's
opinion.

Record/original papers/exhibits are returned:

( 3 ) Volumes    (   ) Envelopes    (   ) Boxes

Enclosed for the district court and counsel is the approved bill of
costs.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

          By:   _____
                    Shawn D. Henderson, Deputy Clerk

cc: (letter only)
    Honorable John W Black

cc: w/encl:
    Mr William F Kimball

Mr Eric W Schulze

MDT-1