# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**U.S. COURT OF APPEALS FILED MAR 1 1 2002** CHARLES R. FULBRUGE III, CLERK

*[Stamp: FILED MAR 11 2002 NEW ORLEANS, LA]*

*[Stamp: United States District Court Southern District of Texas FILED MAR 26 2002 Michael N. Milby, Clerk of Court]*

CAB-00-125

NOTE: The Bill of Costs is due for filing in this office *within 14 days from the date of the opinion*, in accordance with Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing can be accomplished only by the filing of a formal motion for leave to file same out of time.

William K., Individually, and as next friend of C.K., a minor child v. Harlingen Consolidated Independent School District    No. 01-40522   CAB-00-125

The Clerk is requested to tax the following costs against: **Appellant**

| COSTS TAXABLE UNDER FRAP & LOCAL RULES 39 | REQUESTED ||||| ALLOWED (If different from amount requested) |||
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | | Total Cost | No. of Documents | Pages per Document | Cost per Page |
| Docket fee ($100.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 15 | 57 | .08 | | 68.40 | 15 | 57 | .08 | 68.40 |
| Appellant's Reply Brief | | | | | | | | |
| Other: Binding | 15 | -- | 3.00 | | 45.00 | 15 | | 1.50 | 22.50 |
| | | | Total $ | | 113.40 | | | Total Cost | 90.90 |

Costs are hereby taxed in the amount of $ **90.90** this **20th** day of **March** 2002.

Costs are taxed in the amount of $ **90.90**

CHARLES R. FULBRUGE III, CLERK

By _____ Deputy Clerk

Costs are taxed in the amount of $ _____ this ___ day of _____ 2002.

State of **Texas**
County of **Travis**

I, **Eric W. Schulze**, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This **6th** day of **March**, 2002.

Eric W. Schulze (Signature)

Attorney for Harlingen Consolidated Independent School District

*SEE REVERSE SIDE FOR LOCAL & FRAP RULES GOVERNING TAXATION OF COSTS

OP-JDT-7